1)

U.S.D.C. (CIVIL)
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASS. (02105.)

2004 JUL 12 P 3:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEAR CLERK of COURTS;

Kindly Place THIS MATTER
BEFORE THE COURT AT your EARLIEST
CONVIENCE — A.S.A.P.
Enclosed IS:

1). COVER SHEET
2). Civil Complaint
3). AFFAVIDIT of INDIGENCY DUE TO
DISABILITY S.S. Widow Benefits — Enclosed
4. SUMMONS — 20 DAYS RESPOND
5. WITNESS LIST
6). PLAINTIFF DEMANDS PUNITATIVE DAMAGES
AND FINAL JUDGEMENT — Respectfully SUBMITTED,
ON ALL 3 DEFENDANTS —
ON INCOMPLETEd IGNORED Margotta Langlois
Discovery To WIN my
Civil SUIT — AGAINST DOW CORNING. Pro. se
6(A) "TRIAL BY JURY" Needed.
7). TO WAIVE ALL     6/28/04 Plntf. S.S.W.B.
  16 FEES, AND LEGAL EXPENSES PAY REC'd ENCLs.