U.S.D.C. (Civil)
Wis. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASS. 02109,

MARGETTA LANGLOIS
V.
MICHAEL HUGO
SAM POLLACK
AND FLANDERS.

## COMPLIANT PARTIES

1). THE PLAINTIFF MARGETTA LANGLOIS PRO-
C/o - of P.O. BOX 3091 HOLIDAY, FLA. 34690 -
(727) 514-3957

V.

2). THE DEFENDANT'S MICHAEL HUGO,
SAM POLLACK, AND        FLANDERS.
ALL  of BOSTON, MASS.

## JURISDICTION

3). U.S.D.C. (CIVIL) COURT HAS JURISDICTION
OVER THIS MATTER —

4). ATTORNEYS: MICHAEL HUGO, + STAN
POLLACK WERE THE LAST FIRM TO
REPRESENT ME — SINCE 1991-1992-TO
APRIL 14, 2004,
            CONTINGENCY fee AGREEMENT
SIGNED ON CASE AT BEGINNING AFTER
3-4 OTHER FIRMS DISOLVED—

5) 2 MONTH'S OR SO THE FIRM BROKE
up AFTER CALLING FOR (6 MONTHS) fOR
STATUS of my CASE — NOTHING DONE
ALL THESE/YEARS SEE CUR TO
PROVE my CASE WAS VERY WELL
         IGNORED by ALL 3.1 NO CALLS
6) A)         RETURNED — TO ME.
6). THE FIRM — FAILED TO FILE my
    ORIGINAL PAPERS LAST SEPT. 03
+ IN NOV. 03 D.C. SENT THE LAWYERS
ASKING THEM FOR my "ORIGINAL"
FORMS, WHICH THE LETTER TO B.D.O.
PROVES "ORIGINAL'S IN my fILE
SINCE 9/25/03-TO 4/14/04 THEY
NEVER SENT THEM TO DOW CORNING,

B) THEY NEVER UPDATE my ADDRESS
TO DOW CORNING IN 5 YRS See
Label + NONE USED THAT
ADDRESS WAS NOT my MAILING ADDRE

P.O. Box 3091 Holiday Fla 34690—
See ADDRESS on ENEVELOPE
Nov. 99    EVID—

c). FAILURE TO FILE my "ORIGINAL
FORMS w/ Dow Corning + my
CASE WAS "Incomplete" by 3/13/04
AFTER THEY WERE FIRED 4/14/04

D.) See THEIR LETTER "I SHOULD FILE
"ORIGINAL's iN my FILE WHEN I
Received my FILE 3/1/04

WHY DID THEY NOT FILE THEM? Befor
I FIRED THEM 4/14/04?

E). How COULD I HAVE LOST THEM?
THEY WERE IN my FILE THE
"ORIGINAL FORMS TO GET my CASE
SETTLED

F). my "ORIGINAL FORMS were
SUPPOSE TO BE FILED IN 03
TO Collect my CIVIL SUIT AGAINST
DOW CORNING:

for 1). MANUFACTURER Proof

of IMPLANTS W/ SERIAL #'S In
my file I supplied all Dr.
MEDICAL REPORTS Hosp. REPORTS
PROOF of MANUFACTURER SERIAL #'s
SIGNED & DATED by me — IN file 9/25/0

2). EXPLANTATION #5000. fully
SIGNED + DATED by me. In file. 9/25/0.

3). RUPTURE # 25,000. fully
SIGNED + DATED by me — In file 9/25/03

7). All Neglected by All 3 Named
IN SUIT AND MARGIE-Primera Allen
WHOM I CALLED CONTINUOUSLY
+ I WAS NEVER GIVEN
ANY STRAIGHT ANSWERS + How
I needed my PAPERS put
IN for the $5,000. EXPLANTATION
monies DUE TO SILICONE GOING THROUGH
my Body + BloodSTREAM NUMEROUS
Times SINCE 1992 W/ PICTURES
AS EVIDENCE —

8). my CASE WAS "GROSSLY Neglected
by INEFFECTIVE Counsel
W/ MALPRACTICE, + fALSE
REPRESENTATION — + A fALSE +
INEGAL Lien oN my CASE

6,

W/ DOW CORNING WHICH I HAD
TO FILE BECAUSE OF
9) THEIR IGNORANCE + GREED
I WILL NOT BE COLLECTING
ANY MONIES FOR:
PROOF OF:
1) MANUFACTURE - DOW CORNING
IMPLANTS

2) EXPLANTATION of RUPTURED
+ DEFECTIVE IMPLANTS CAUSE
THEY '3' NEVER filed my
PAPERS PROPERLY, OTHERS HAVE
GOTTEN THEIR MONIES
ALREADY - W/ WITNESSES
DUE TO THEIR LAWYER'S
fILING THEIR CLAIMS IN TIME
+ PROPERLY.

3) RUPTURED IMPLANT MONEY of
$25,000.

4) DISEASE up TO $300,000
CLASS 5. AND RUPTURE & EXPLANTATION
MONIES
'ALL 3' IGNORED, NEVER FILED PAPERS 'FOR
MEDICAL TO COLLECT my AWARDS/DUE TO NEED
6/28/04

2)

10). WHEREAS, THE '3' NAMED IN CIVIL CASE HAVE "GROSSLY NEGLECTED + FAILED TO FILE CASE IN A PROPER MANNER FOR DEADLINE LAST YEAR TO COLLECT MONIES + THEY FAILED TO FILE 'ORIGINAL FORMS IN MY FILE SINCE 9/25/03 + IN 11/03 ASKED BY D.C. STILL NEVER FILED THEM TO 4/14/04 WHEN FIRED BY PLAINTIFF, MARGETTA LANGLOIS pro-se FOR "FALSE & MISREPRESENTATION + IN EFFECTIVE COUNSEL CAUSED CLIENT MORE "HARDSHIP, MENTAL + EMOTIONAL STRESS DUE TO THEIR INCOMPETENCE of A "FALSE LIEN" TO ILLEGALLY COLLECT MONIES NOT DUE! NEW FIRM OF OLD FIRM

No New CONTINGENCY fees or FORMS SIGNED between MARGETTA LANGLOIS + BLACK + FLYNDERS

11) THEREFORE: PLAINTIFF MARGETTA LANGLOIS IS ASKING FOR FINAL JUDGEMENT FOR PUNITIVE DAMAGES IN THE AMOUNT OF $300,000.00 EACH

of 3 DEFENDANT;

1). ATTORNEY MICHAEL HUGO—
2) SAM Pollack
3) FLANDERS
for MALPRACTICE AND FOR Negligence—

12) Plaintiff Also Asks for Triple
Damages on Each Defendant
for FALSE & Illegal Lien
on my Dow Corning Case. I
Can Not Collect on Due To
This Lien will Not Be
Resolved —

13) All 3 DEFENDants should Not
Collect Anything (Any monies,
No Legal fees Nothing Due To
my Case was & Still is
"Incomplete by Hugo,
Pollack & Flanders —

14), Plaintiff Also Asks the Court To
A) Waive All filing fees
Due To Indigency — w/ Proof of Benefits.

B), for New Attorney fees If
Needed —

C). LEGAL EXPENSES-
1). Travel fee for Witnesse

WITNESSES:
HELEN DAVIS of DOW CORNING TRUST
Facility Settlement from Houston,
TEXAS TO TESTIFY
ALLISON Mills CLOUTIER
CAROL Belmonte

KATHY Belmonte

AND OTHERS — MOTION TO
"DISMISS ILLEGAL LIEN ON D.C.

15). I SIGN UNDER THE PAINS AND
PENALTIES of perjury — ALL is
THE TRUTH AND WILL BE
PROVEN — I NEED my moneys
for my HEALTH REASONS — & TO EXPLANT
Implants Immediately. Respectfully Submitted
Margette Ingloss

MOTION:
TO DISMISS ILLEGAL        6/28/04.
LIEN ON D.C. CASE.
C.C. HUGO POLLACK, + FINDERS
THRU B.B.O. Allison M Cloutier
C.C. HELEN Davis of D. C. T.S.F.
for my file — To REGETHOOD.

**(Domestic Mail Only; Insurance Coverage Provided)**

For delivery information visit our website at www.usps.com®

HOUSTON TX 77052

| | |
|---|---|
| Postage | $ 11.93 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 6.03 |

Postmark Here
HOLIDAY FL 34690
0340
04/16/2004

Sent to SETTLE MENT FAC LI TY

Street, Apt. No.; or PO Box No. P.O. BOX 52439

City, State, ZIP+4 HOUSTON, TEXAS 77052-2439

PS Form 3800, June 2002   See Reverse for Instructions

---

**(Domestic Mail Only; Insurance Coverage Provided)**

For delivery information visit our website at www.usps.com®

BOSTON MA 02209

| | |
|---|---|
| Postage | $ 1.99 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | 0.00 |
| Total Postage & Fees | $ 6.03 |

Postmark Here
HOLIDAY FL 34690
0340
10

FLANDERS + Pollack

Sent to SAM Pollack

Street, Apt. No.; or PO Box No. 50 CONGRESS ST SUITE 730

City, State, ZIP+4 BOSTON MASS. 02209

PS Form 3800, June 2002   See Reverse for Instructions

---

CUSTOMER: Complete items 1, 3-7, 15 and 19

(Item 2 for P.O. Use ONLY)

1. Name to which box number(s) is (are) assigned
MARGETTA LANGLOIS

3. Name of person making application (if representing an organization, show title and name of organization if different from above)
Margetta Langlois

4. Will this box be used for soliciting or doing business with the public? (Check one)
a. ☐ Yes   b. ☒ No

5. Address (No., Street, City, State and ZIP Code. Record address change on reverse and line out address below.)
1547 Elmwood Ave TARPON
FLA 34689

6. Telephone No. (if any) New
727-372-1550

APPLICANT PLEASE NOTE: Execution of this application signifies your agreement to comply with all postal rules relative to post office boxes and caller service.

7. Signature of applicant (Same as item 3)
Margetta Langlois

ITEMS 8-14: TO BE COMPLETED BY POST OFFICE

PS Form 1093, June 1993        (PART I) APPLICATION FOR POST OFFICE BOX OR CALLER SERVICE

SFDCT-Mailroom
RECEIVED
APR 30 2004

---

Sept. 27, 99

I HAVE P.O. Box 3091 Holiday FL. 34690 SINCE 7/27/99 ON RECORD w/ HUGO + Pollack + EVERY Time I moved I've Always updated Address + PHONE NUMBERS see all packets

MAILING ADDRESS:
Update: P.O. Box 3091 Holiday, FL 34690 —
(727) 514-3957

ML.
4/16/14

Physical HOME ADDRESS:
5541 Violet DR N.P.R. FLA 34652

**S** $_|$ **F** $_|$ D $_|$ C $_|$ T

SETTLEMENT FACILITY
DOW CORNING TRUST

P.O. Box 52429
Houston, Texas 77052

Telephone 713.874.6099
866.874.6099

April 28, 2004

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS

P.O. Box 3091
HoLiDAY FL 34690

SID:  0661763

**Re:  MARGETTA LANGLOIS**
**Attorney Dismissal**

The Settlement Facility - Dow Corning Trust (SF-DCT) has been notified that you are no longer represented by HUGO & POLLACK.

If you have any questions, you may contact a Claims Assistance Representative toll free at 866-874-6099.  You may also access information on our website www.dcsettlement.com

Sincerely,

Settlement Facility - Dow Corning Trust

CC:     HUGO & POLLACK

For assistance or questions call the Claims Assistance Program at 1.866.874.6099 (toll free)
Or go to www.dcsettlement.com on the Internet

DE-1080, revised 12/17/02

**S F D C T**

**S E T T L E M E N T    F A C I L I T Y**

DOW CORNING TRUST

P.O. Box 52429
Houston, Texas 77052

Telephone 713 874 6(
855 874 6(

05/13/04
0661763

C/O Laura L Langlois
PO Box 3091
Holiday, FL  34690

**Re:  Margetta Langlois**
**Lien Acknowledgement**

This letter will acknowledge that a lien has been filed by Pollack & Flanders, LLP, 440 Commercial StreetSuite
200, Boston, MA, 02109 against your potential claim.  This means that the aforementioned party claims you
owe them an amount of money which they wish to claim out of your settlement benefits.  The Settlement Facility
– Dow Corning Trust (SF-DCT) does not direct parties as to the proper content or format for filing liens or
evaluate the validity of a lien.

Any claim payments will be held until SF-DCT is notified in writing that the lien holder has withdrawn the lien or
that you accept the lien holder as a joint payee on future payments.

In the event that there is a dispute regarding the validity of this lien, the U.S. District Court of Eastern Michigan
has authorized the Settlement Facility to offer a dispute resolution program.  The Lien Dispute Resolution
procedures outline the appropriate course of action for resolving the dispute.  Documents outlining these
procedures and a copy of the court order authorizing the Settlement Facility to offer this program have been
included with this letter.

For assistance regarding the lien, you should consult with your attorney, if you have one.  If you have any
questions, you may contact a Claims Assistance Representative toll free at 866-874-6099.  You may also
access information on our website www.dcsettlement.com.

Sincerely,

Settlement Facility – Dow Corning Trust

Enclosures:    Copy of Third Party Claim
               Order Regarding Lien Dispute Resolution Procedures
               Provisions for Resolution of Disputes Relating to Third Party Claims

**RECEIVED**

cc:

MAY 24 2004

Pollack & Flanders, LLP
440 Commercial Street
Suite 200
Boston, MA  02109

SFDCT-FILE ROOM



April 16, 2003

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

     **Re:**   **Breast Implant Settlement**

Dear Ms. Langlois:

     As discussed, please find enclosed the Class 5 Claim Forms for Dow Corning Breast Implant Claimants, Information Guide and a Dow Corning newsletter. Please answer all questions to the best of your ability. If you are unsure as to how to answer a question, please feel free to contact me or leave it blank. Please do not forget to sign and date the form where specified. Kindly return the completed and signed form to us.

     If you have any questions or concerns, please do not hesitate to contact me.

           Sincerely,

           Margie L. Primero-Allen
           Paralegal

Encl.

# S F D C T

## SETTLEMENT FACILITY

### DOW CORNING TRUST

P.O. Box 52429
Houston, Texas 77052

Telephone 713.874.609
866.874.609

11-18-03

0661763

MargettaHugo & Pollack
440 Commercial
6th Floor
Boston, MA  02109

Re: Submission of Claim Form Copy
Claimant Name: Margetta Langlois

Dear Hugo & Pollack:

The Settlement Facility –Dow Corning Trust has received your submission of
your Claim Form copy.  We are unable to process your claim since we require
the original Claim Form for processing.  We are enclosing another Claim Form
packet for you to complete and submit the original forms.  If you submitted
medical records along with your Claim Form, we are returning a copy of those
records in order for you to complete the Claim Forms.

If you have questions or concerns, please call Claims Assistance toll-free at
(866) 874-6099.

Sincerely,

RECEIVED
NOV 1 ? 2003
SFDCT-FILE ROOM

Claims Assistance Program
Settlement Facility – Dow Corning Trust

For assistance or questions call the Claims Assistance Program at 1.866.874.6099 (toll free)
Or go to www.dcsettlement.com on the internet
Letter Code 8330 created 06-09-03

# P F  POLLACK & FLANDERS
## ATTORNEYS AND COUNSELLORS AT LAW

June 21, 2004

*VIA FIRST-CLASS MAIL*

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

**Re:  Dow Corning Settlement**

Dear Margetta:

This letter is in response to the concerns that you have expressed to the Bar Counsel Office.

Our office had previously registered your Dow claim. You were timely registered in the Dow Corning Settlement as evidenced by our receipt of your Claim Forms and labels. Please find enclosed a copy of your Claim Form labels for your reference.

In our correspondence to you, we requested that you forward the original Claim forms to us. Please find enclosed a copy of our letter for your reference. In addition, in numerous conversations with my paralegal, Margie Primero-Allen, she specifically told you that we would review the Claim forms and then submit them, along with your medical records, to the Dow Corning Settlement Facility on your behalf. However, you subsequently removed us as your attorney of record and we promptly forwarded your entire file, including your original Claim Forms, to you at your request.

We understand that you have received a notice from the Dow Corning Settlement Facility regarding a deficiency in your claim. This deficiency relates to your submission of copies of your Class 5 Claim forms. The Settlement Facility requires the original Claim Forms. In order to correct the deficiency in your claim, you must submit your original Claim Forms, which were enclosed in your file. If you have misplaced your original Claim Forms, you can contact the Dow Corning Settlement Facility at 1-866-874-6099 to request another Claim Form packet. After you submit your original Claim Forms to the Settlement Facility, they will notify you of the next steps in the claims process.

Sincerely,

*Samuel M. Pollack /mpa*

Samuel M. Pollack, Esq.
Cc: Bar Counsel

Encl.

**"RECEIVED"**

JUN 23 2004

ATTORNEY & CONSUMER
ASSISTANCE PROGRAM

Pollack & Flanders, LLP ▪ 440 Commercial Street ▪ Suite 200 ▪ Boston, MA 02109
Tel: 617.723.8544 ▪ Fax: 617.589.0789 ▪ www.pollackandflanders.com
Admitted in Massachusetts, Maine, New Hampshire and New York



*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715



*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715



*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715



*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

*0661763*

MARGETTA LANGLOIS
C/O LAURA L LANGLOIS
9216 MOJAVE PL
NEW PORT RICHEY  FL 34655
**Remove this label and apply to each claim form you submit.**

DCN # 065277    POC#0379599-00
Date of Birth  Jun 17 1948
Telephone Number (727)372-1550
Social Security Number  025384715

5)



**POLLACK & FLANDERS**
ATTORNEYS AND COUNSELLORS AT LAW

*New Law firm again? why?*

*COPY*

*Flander's never represented me!!! I have done everything my self + paid Pollack for everything.*

April 19, 2004

Dow Corning Settlement Facility
P.O. Box 52429
Houston, TX 77052-2429

Re:    Margetta Langlois – Notice of Attorneys' Lien
       DCN#: 065277
       POC#: 0379599-00
       S.S.N: 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

Dear Sir or Madam:

Please be advised that we previously represented the above-referenced individual in her claim with the Dow Corning Settlement Facility (hereinafter "Dow Corning").

On April 15, 2004, we received notification, via facsimile, from Ms. Langlois of her intent to dismiss our firm as attorney of record. By way of this letter, we hereby give notice of the filing of a lien for services rendered by us as attorneys to Ms. Langlois in her claim with Dow Corning. We assert that we are entitled to a lien on any settlement amount, judgment or other recovery by Ms. Langlois arising out of her claim with Dow Corning, for Attorneys' fee compensation and for costs advanced by us on behalf of Ms. Langlois in the litigation and settlement of her claim.

We understand that the individual fee arrangement between our firm and Ms. Langlois is governed by the laws of Massachusetts, namely the provisions of Massachusetts General Laws, Ch. 221, § 50, which provides:

From the authorized commencement of an action, counterclaim or other proceeding in any court, or any appearance in any proceeding before any state or federal department, board of commission, the attorney who appears for a client in such proceeding shall have a lien for his reasonable fees and expenses upon his client's cause of action, counterclaim or claim, upon the judgment, decree or other order in his client.

Furthermore, we understand that the fee arrangement between our firm and Ms. Langlois, although governed by the laws of Massachusetts, are subject to the limitations expressed at Article IX of Annex A to the Dow Corning Settlement and Fund Distribution Agreement. Lastly, we understand that, should Ms. Langlois dispute our lien, the matter shall be resolved through Dow Corning's Dispute Resolution process.

b)

If you have any questions regarding this matter, please do not hesitate to contact our office at 617-259-3000.

Sincerely,

Samuel M. Pollack, Esq.

Cc: Margetta Langlois

# OFFICE OF THE BAR COUNSEL
### BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT

99 High Street
Boston, Massachusetts 02110
(617) 728-8750
Fax: (617) 482-2992
www.mass.gov/obcbbo

| Note New Address |
| and Fax Number |

DANIEL C. CRANE
BAR COUNSEL

June 24, 2004

Ms. Margetta Langlois
c/o Kathy Hagan
3 Thompson Court
Lowell, MA  01851

Dear Ms. Langlois:

As we discussed, enclosed is a copy of Mr. Pollack's June 21, 2004 letter, addressed to your Holiday, Florida address.

Sincerely,

Alison Mills Cloutier
Assistant Bar Counsel

Enclosure



Disease Option 2 payment amounts are determined by the <u>severity level</u> of your approved compensable disease or condition.

## DISEASE OPTION 2 PAYMENT SCHEDULE

| Locate your approved disease or condition in Disease Option 2 below and the severity level of that disease or condition | You must have proof that you have or had a Dow Corning breast implant and did not have a Bristol, Baxter or 3M silicone gel breast implant** | | |
|---|---|---|---|
| | Base Payment | + Premium Payment | = Total Payment |
| Scleroderma (SS) or Lupus (SLE); Severity Level A | $250,000 | + $50,000 | = $300,000 |
| Scleroderma (SS) or Lupus (SLE); Severity Level B | $200,000 | + $40,000 | = $240,000 |
| Scleroderma (SS) or Lupus (SLE); Severity Level C | $150,000 | +$30,000 | = $180,000 |
| Polymyositis (PM) or Dermatomyositis (DM) (there is only one severity level for PM and DM); General Connective Tissue Symptoms (GCTS), Severity Level A | $110,000 | + $22,000 | = $132,000 |
| General Connective Tissue Symptoms (GCTS); Severity Level B | $75,000 | + $15,000 | = $90,000 |

** If you have acceptable proof that you have or had a Bristol, Baxter or 3M silicone gel breast implant, the Total Payment amount will be reduced by 50%.

4.  **I AM NOT SURE IF I HAVE LUPUS OR ACTD. THE DISEASE PAYMENT OPTION CLAIM FORM SAYS I MAY PICK ONLY ONE (1) DISEASE. HOW DO I DECIDE WHICH TO SELECT?**

Consult with your doctor prior to completing the Disease Payment Claim Form about what disease or condition he or she has diagnosed or determined you may have. Check the box that matches your diagnosis and supporting medical records. If you check the box for either lupus, scleroderma, polymyositis, dermatomyositis or GCTS and do not qualify, then the Settlement Facility will review your claim for ACTD and/or ANDS if, in the judgment of the Settlement Facility, it appears that you may qualify for one (1) of these conditions.

DO **NOT** RETURN INSTRUCTIONS WITH FORM

For assistance or questions call the Claims Assistance Program Toll Free at 1-866-874-6099 or go to www.dcsettlement.com on the internet

page 3 of 4

W/AJ: 102 Windsor Drive

W/AJ: 102 Windsor Drive 2/ 8/ 81
Day of Operation
DR. WAYNE DIBBLE

△ A N N A   J A Q U E S   H O S P I T A L

25 Highland Avenue

Newburyport, MA 01950

508 463-1000

## AUTHORIZATION TO RELEASE MEDICAL RECORDS

LOCAL #978 45-3-7006 CprinTED RECRDS Can Be Picked up

NAME: MARGETTA LANGLOIS   DATE OF BIRTH: 6/17/48   MED.REC.#

ADDRESS Now P.O. Box 3091 Hilisay, Fla 34690

PHONE: (727) 574-3957   DATE REQUEST RECEIVED:

1. I authorize and request the release of the medical records obtained in the course of treatment at (Name of Hospital) Amesbury Hosp Amesbury, Mass.

2. The information to be disclosed is from the time period of:

____ Abstract   ✓ Operative Record   ✓ Lab Reports
____ Face Sheet   ✓ Discharge Summary   ✓ X-Ray Reports
✓ History & Physical   ✓ Pathology Report   ✓ P.T. Notes
Other, specify: ALL RECRDS, & DR. REPrTS O.R. ReprT
EVERYTHING

3. The requested information will be:
✓ Mailed to home address   ✓ Picked up on (date) In CARE PAPERS ARE NoT
____ Mailed to the following address: SENT OUT

4. This request is for the purpose of:___ Continued Care   ____ Insurance   ____ Attorney
____ Disability   ____ Health Care Provider ____ Admit   ____ Patient Access
____ Other: DOCTOR in Fla for Removal of ImplantS

5. If my initials appear here____, I understand that the medical record contains sensitive information about *alcohol use, drug use, physical assault, sexual assault, sexually transmitted disease, and/or psychiatric treatment.*

6. If my initials appear here____, I understand that the medical record contains sensitive information about testing for the *HIV Antibody or Antigen.*

7. I have carefully read and understand the above statements, and do herein expressly voluntarily consent to disclosure of the above information about, or medical records of, my condition to those persons or agencies named above. The person/ agency receiving this information has been informed that any redisclosure of this information is prohibited by law without my further consent.

8. A photocopy of this authorization shall have the same effect as the original.

9. This authorization to release information expires 90 days from the date of signature. I understand this consent is subject to revocation at any time except to the extent that action has been taken in reliance thereon.

10. _Margetta Langlois_ 6/1/04

Signature of Patient   Date   Signature of Witness   D
I.D. Verified____

SOCIAL SECURITY ADMINISTRATION

FILED
IN CLERKS OFFICE

Date: July 1, 2004
Claim Number: 123P 37 4026W6

2004 JUL 12 P 3 -0

U.S. DISTRICT COURT
DISTRICT OF MASS

MARGETTA LANGLOIS
PO BOX 1016
METHUEN MA 01844-0990

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

Beginning December 2003, the full monthly
Social Security benefit before any deductions is......$ 1029.30

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1029.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For
example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

*Proof of S.S. Widow Benefits*

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 978-686-6171. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 4208
439 SOUTH UNION STREET
LAWRENCE, MA 01843

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER