*** REC 2004180  1539.20 RW/02AB0 H5V8 4C1PPVA5 PC05 (F-H5V) ***
Case 1:04-cv-11588-RWZ   Document 4   Filed 07/26/2004   Page 1 of 2

04-cv-11588 PWZ

SOCIAL SECURITY ADMINISTRATION

FILED
[illegible OFFICE]
Date: July 1, 2004
Claim Number: 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W6
2004 JUL 26 A 11:35

U.S. DISTRICT COURT
DISTRICT OF MASS

MARGETTA LANGLOIS
PO BOX 1016
METHUEN MA 01844-0990

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2003, the full monthly
   Social Security benefit before any deductions is......$ 1029.30

      We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 1029.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

[handwritten notes: "FOR CIVIL SUIT: To waive filing fees. MARGETTA LANGLOIS price v. MICHAEL HUGO & Samuel Pollack Finders. W/ Proof of S.S. Widow Benefits  M.L. 7/23/04"]

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 978-686-6171. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 4208
> 439 SOUTH UNION STREET
> LAWRENCE, MA 01843

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER