# United States District Court

_____ DISTRICT OF _____

MARGETTA LANGLOIS

Plaintiff

V.

ATTORNEY ~~Defendant~~ FLANDERS

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-CV-11588
JUDGE ZOBEL

I, Margetta Langlois _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☐ Yes   ☑ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration _____
   Are you employed at the institution? _____   Do you receive any payment from the institution? _____
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   Yes ☐   No ☐
   b. Rent payments, interest or dividends             Yes ☐   No ☐   Widow's Survivors
   c. Pensions, annuities or life insurance payments   Yes ☐   No ☐   Benefits
   d. Disability or workers compensation payments      Yes ☐   No ☐   Rec'd
   e. Gifts or inheritances                            Yes ☐   No ☐
   f. Any other sources                                Yes ☐   No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

cc. BB.O. Alison Churia
cc. DC. Helen Davis (witness)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☐ No

If "yes" describe the property and state its value.

AUTO 1995 - MAZDA MIATA — ON ITS LAST LEG, LITERS OF US

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.




I declare under penalty of perjury that the above information is true and correct.

_7/26/04_  _Margetta Knyflus pro se._
DATE         SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____ _____. I further certify that during the past six months the applicant's average balance was $ _____.

A ledger sheet showing the past six months' transactions:
☐ is attached            ☐ is not available at this institution

_____    _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER