# United States District Court

—————— DISTRICT OF ——————————

*MARGETTA Langlais*

<u>Plaintiff</u>

v.

*ATTORNEY*
<u>Defendant</u>
*Michael Hugo*

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: *04-C.V. 11588*
*JUDGE ZoBel*

I, *Margetta Langlais*

☑ petitioner/plaintiff/movant   ☐ other ————— declare that I am the (check appropriate box)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled
to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☐ Yes   ☑ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ————————————————————

   Are you employed at the institution? ——   Do you receive any payment from the institution? ——

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institu-
   tion(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the
   name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or
   wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   Yes ☐   No ☐   *Survivor's Widows*
   b. Rent payments, interest or dividends   Yes ☐   No ☐
   c. Pensions, annuities or life insurance payments   Yes ☐   No ☐   *Benefits w/*
   d. Disability or workers compensation payments   Yes ☐   No ☐
   e. Gifts or inheritances   Yes ☐   No ☐   *proof*
   f. Any other sources   Yes ☐   No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received
   and what you expect you will continue to receive.

*c.c. BSC Alison Glover*
*C.c. Dr. Helen Davis (witness)*

valuable property. _____ Yes _____ No

If "yes" describe the property and state its value.

*AUTO 1995 - Toyota ands x - ONE's LAST LEG After's Garage*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

7/26/04
DATE

*Marjetta Lesslie fraser*
SIGNATURE OF APPLICANT

# CERTIFICATE

### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

A ledger sheet showing the past six months' transactions:

☐    is attached      ☐    is not available at this institution

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER