SOCIAL SECURITY ADMINISTRATION

Date: July 1, 2004
Claim Number: 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W6

MARGETTA LANGLOIS
PO BOX 1016
METHUEN MA 01844-0990

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2003, the full monthly
Social Security benefit before any deductions is......$ 1029.30

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1029.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

*[handwritten: Proof of S.S. Widow Benefits]*

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 978-686-6171. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 4208
439 SOUTH UNION STREET
LAWRENCE, MA 01843

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER