of Summons to
Hugo, Pollack, Flinders, D.C. v
B.B.O.

U.S.D.C. (Civil
U.S. Court House
1 Court House Way Rm. 2300
Boston, Mass. (02210)

Case - 04 CV. 11588 RWZ

MARGETTA LANGLOIS pro Se;
V.
ATTORNEY - MICHAEL HUGO
SAMUEL POLLACK
AND ALBERT FLANDERS -

RE: MOTION I. DISCOVERY - from ALL 3 Def.

To Dow Corning — A). Proof of "ORIGINAL" forms.
1). MANUFACTURER form
2). RUPTURE form
3). EXPLANTATION form
4) DISEASE form
Received w/ DATES STAMPED by D.C.T.S.F.

B). DISCOVERY why "ORIGINALS" WERE NEVER SENT IN TO D.C. w/ 11/03 LETTER FROM DOW CORNING

2)

To HUGO, POLLACK + FLANDERS (only)
 + why Client MARGETTA LANGLOIS
WAS NEVER NOTIFIED OF LETTER 11/03
REQUESTING "ORIGINAL" FORMS "NEEDED"
w/ MEDICAL + ALL EVID TO COMPLETE
CASE AS IT WAS BY PLAINTIFF/
EX-CLIENT MARGETTA LANGLOIS
MAY 14-04 - JULY 16-04

C). Proof of HUGO POLLACK + FLANDERS
UPDATED ADDRESS of "Client/Plaintiff
From 9/25/99 - TO 4/14/04 WHEN
FILED

D). TO MAKE CASE "Complete" FOR
Payment JUNE 1 - 04 -
 AS OTHER'S GOT BECAUSE IF
CASE WAS "Completed" by NOV. 3's LETTER,
Plaintiff WOULD HAVE Received
HER MONIES + ATTORNEYS WOULD
HAVE NEVER BEEN FIRED

E). WHY DID FIRM HUGO, POLLACK, +
FLANDERS BREAK UP 2 WKS BEFORE
APRIL 1, NOTICE CASES BEING PAID OUT -
 "Also" were OTHER CLIENTS CASES FILED Properly.
F). Proof of CALLS TO Plaintiff REVIEWING

STATUS of HER CASE OVER 12 YRS. OLD + NOTHING SENT INTO Dow Corning Settlement Trust Facility —

PHONE # my Cell + only phone SINCE 10/00 — (2000.)
(727) 514-3957

All calls from Plaintiff IGNORED — + NEVER RETURNED

CONCLUSION

1) My file was sent to me (Plaintiff) 5/1/04 w/ ORIGINAL FORMS Still NEVER SENT TO Dow Corning Trust Settlement Facility —

2) w/ 11/03 LETTER REQUESTING ORIGINAL FORMS — Not Copies —

3) w/ my MEDICAL NEVER SENT INTO DC w/ PROOF of SERIAL #s ON implants.

4) FORMS —
A) For Rupture $25,000
B) For Explantation $5000. Badly Needed Operation since 1992. w/ PICTURES of RASH —
C) MANUFACTURER LABELS w/ SERIAL NUMBERS

D. <u>Disease form</u> — $ up to $300,000.

All <u>3 defendants</u> have failed to represent her in her best interests & failed last yr. to file her case, evid medical & original forms for <u>payment as of June 2004</u> in a timely fashion before fired

11/03 letter from Dow Corning 5 mo. after receiving to file plaintiff's (ex client's) original forms —

Therefore plaintiff asks that the court find all <u>3 defendants</u> "Guilty of" Gross Negligence of <u>ineffective counsel</u>, malice, MN Practice & Obstructing Justice for Plaintiff to collect all monies due her & final Judgement be found in favor of Plaintiff for $300,000, plus Triple Damages — on ea.

5)

<u>WITNESS FEE FOR</u>: EXPENSES OF TRAVEL of <u>DOW CORNING HELEN DAVIS</u> TO up to 5/1/04. TESTIFY CASE WAS "INCOMPLETE 7/16/04 AND IGNORED by 3 DEFENDANTS w/ PROOF OF LETTER ASKING FOR "ORIGINAL FORMS IN NOV. 03 + TO TESTIFY w/ LAWYERS ON CASE PLAINTIFF WAS NEVER TOLD OF 11/03 LETTER TO ATTORNEY —

UNTIL 5/1/04 WHEN ATTORNEYS WERE FIRED + PLAINTIFF RECEIVED FILE. THAT WAS THE FIRST PLAINTIFF SAW + FOUND OUT ABOUT CASE — "ORIGINAL FORMS NEEDED" —

MOTION: II <u>MOTION TO DISMISS</u> ALL "ILLEGAL" LIENS ON <u>DOW CORNING CASE</u> ON <u>PLAINTIFF'S CASE</u> DUE TO DISCRIMINATION GROSS NEGLIGENCE of INEFFECTIVE COUNSEL — MALPRACTICE + FAILURE TO REPRESENT CLIENT IN HER BEST INTEREST + OBSTRUCTING JUSTICE FOR EX-CLIENT TO COLLECT MONIES <u>DUE HER LEGALLY</u>

Respectfully submitted,

Marjetta Langlois

8/12/04 —                    pro se


c.c. Court
c.c. B.B.O. Susan Weisberg UNDER INVESTIGATION
        Re: Hugo Pollack + Flanders
c.c. D.C.S.T.F. Helen Davis for file —
Lien   THIS IS AN "ILLEGAL"
       Lien

       AND A BAD CASE

       of "MALPRACTICE" +

Negligence on ALL 3

Motion III DEFENDANTS:

DEFENDANTS TO PROVIDE who
       THEY TALKED TO AT DOW CORNING
facility — AS FAR AS "Payment" we all
       Know this "ILLEGAL" Lien will
       hold up Plaintiff's Badly Needed
       removal of Ruptured Implants. 8/12/04