UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Margetta Langlois )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael Hugo, )<br>Samuel M. Pollack )<br>Albert C. Flanders )<br>)<br>Defendants. )<br>) | No. 04-c.v.-11588 |

## ANSWER OF ALBERT C. FLANDERS

1. The defendant is without sufficient knowledge to either admit or deny the allegations contained in this paragraph but does admit that the last known mailing address for Margetta Langlois was P.O. Box 3091, Holiday, FL 34690.

2. The defendant denies the allegations contained in Paragraph 2.

3. The defendant is without sufficient knowledge to either admit or deny the allegations contained in this paragraph and thereby denies the allegations of Paragraph 3.

4. Paragraph 4 is unintelligible and as such the defendant denies any and all allegations which are either contained in the written language of paragraph 4 and/or may be inferred from the meaning of the language contained in Paragraph 4.

5. Paragraph 5 is unintelligible and as such the defendant denies any and all allegations which are either contained in the written language of paragraph 5 and/or may be inferred from the meaning of the language contained in Paragraph 5.

6. A. Paragraph 6A is unintelligible and as such the defendant denies any and all allegations which are either contained in the written language of paragraph 6A and/or may be inferred from the meaning of the language contained in Paragraph 6A.

   B. The defendant admits that they did not inform the Bankruptcy Trust of the Plaintiff's new address.

   C. The defendant denies the allegations contained in Paragraph 6C.

   D. This Paragraph does not set forth allegations that need to be either admitted nor denied by the defendant, as such the defendant denies any allegations contained herein.

   E. Paragraph 6E is unintelligible and as such the defendant denies any and all allegations which are either contained in the written language of paragraph 6E and/or may be inferred from the meaning of the language contained in Paragraph 6E.

   F. The defendant denies the allegations contained in Paragraph F.

7. Paragraph 7 is unintelligible and as such the defendant denies any and all allegations which are either contained in the written language of paragraph 7 and/or may be inferred from the meaning of the language contained in Paragraph 7.

8. The defendant denies the allegations contained in Paragraph 8.

9. 
   1. The defendant denies the allegations contained in Paragraph 9.1.
   2. The defendant denies the allegations contained in Paragraph 9.2.
   3. The defendant denies the allegations contained in Paragraph 9.3.
   4. The defendant denies the allegations contained in Paragraph 9.4.

10. Paragraph 10 is unintelligible and as such the defendant denies any and all allegations which are either contained in the written language of paragraph 10 and/or may be inferred from the meaning of the language contained in Paragraph 10.

11. This Paragraph does not set forth allegations that need to be either admitted nor denied by the defendant, as such the defendant denies any allegations contained herein.

12. This Paragraph does not set forth allegations that need to be either admitted nor denied by the defendant, as such the defendant denies any allegations contained herein.

13. The defendant denies the allegations contained in Paragraph 13.

14. This Paragraph does not set forth allegations that need to be either admitted nor denied by the defendant, as such the defendant denies any allegations contained herein.

15. This Paragraph does not set forth allegations that need to be either admitted nor denied by the defendant, as such the defendant denies any allegations contained herein.

Plaintiff demands a trial by jury on all counts.

                                                            */s/ Albert C. Flanders*
Albert C. Flanders (BBO# 567076)
Samuel M. Pollack (BBO# 560617)
Pollack & Flanders, LLP
50 Congress Street
Suite 430
Boston, MA 02109
(617) 259-3000

Dated: 9/16/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Margetta Langlois )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael Hugo, )<br>Samuel M. Pollack )<br>Albert C. Flanders )<br>)<br>Defendants. )<br>) | No. 04-c.v.-11588 |

## CERTIFICATE OF SERVICE

I, Albert C Flanders, attorney for Albert C. Flanders hereby certify that the **ANSWER OF ALBERT C. FLANDERS** was served on:

Margetta Lanlois
P.O. Box 3091
Holiday, FL 34690

by First Class Mail on September 16, 2004.

By: _____
Albert C. Flanders (BBO# 567076)
Pollack & Flanders, LLP
50 Congress Street
Suite 430
Boston, MA 02109
(617) 259-3000

DATED: September 16, 2004