U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | Margetta Langlois |
| DEFENDANT | Attorney Flanders |
| COURT CASE NUMBER | 04-C.V. 11588-JZ |
| TYPE OF PROCESS | Service of Civil Lawsuit |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
A- Flanders     Phone: 617-259-3000

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
50 Congress St. Suite 430 Boston, Mass. (02109)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Margetta Langlois  
c/o P.O. Box 1016  
Methuen, Mass. 01844

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

During Days + During Week - Call for Appt -

Signature of Attorney or other Originator requesting service on behalf of:  
/s/ Margetta Langlois   ☑ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER (727) 514-3857   DATE 8/26/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/30/04 |
|---|---|---|---|---|---|
| | 1 | | | /s/ Nancy Julianne | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Samuel Pollack

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/2/04   Time: 11:15 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy: /s/

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# United States District Court

DISTRICT OF __Massachusetts__

MARGETTA LANGLOIS
P.O. BOX 3091
HOLIDAY, FLA 34690 -

FLANDER'S -
50 CONGRESS ST. SUITE 430.
BOSTON, MASS (02109)

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-CV-11588
JUDGE ZOBEL

TO: (Name and Address of Defendant)

FLANDER'S C/O 50 CONGRESS. ST. SUITE 430 —
BOSTON, MASS. (02109)
617-259-3000

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

7

an answer to the complaint which is herewith served upon you, within __"20"__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

_signature_
BY DEPUTY CLERK

DATE 8/9/04