U.S. COURTHOUSE (CIVIL)
1 COURT HOUSE WAY SUITE 2300
BOSTON, MASS. 02109.

DEAR CLERK of COURTS:
                        CASE 04 C.V. 11588
        Kindly PLACE THESE MOTIONS
BEFORE JUDGE ZOBEL CASE:
        MARGETTA LANGLOIS ProSe
                        V.
ATTORNEY - MICHAEL HUGO. HEAD OF LAWYER
        OF HUGO + POLLOCK (FIRM)

* MOTION I FOR DEFAULT + FAILURE
        TO ANSWER 20 DAY SUMMONS —
ON RECORD — BY U.S. MARSHALLS
                        SERVED —

* MOTION II FINAL JUDGEMENT ON
        ATTORNEY MICHAEL HUGO —
FOR FAILURE TO FILE AND ANSWER +
PROVIDE ALL DISCOVERY — TO COURT +
PLAINTIFF — GRANT DEFAULT
                AND GRANT FINAL JUDGEMENT
$300,000. IN FAVOR OF PLAINTIFF W/ ALL TRIPLE
        DAMAGES TO PLAINTIFF MARGETTA
                LANGLOIS PRO. Se.

* MOTION III — COURT DATE FOR HEARING

If NeeDed

MOTIONS — I & II

FILED OFFICE
2004 OCT -6 P 12: 48
COURT
OF MASS

ENTERED by PLAINTIFF
MARGETTA LANG W's pro se,
c/o P.O. Box 3091,
HoliDAY F/A 34690 —
(727) 514-3957
HEARING DATE/
AFTER Oct. 20 — 2004
If NeeDed —

I SIGNED UNDER THE PAINS &
PENALTIES OF PERJURY. —

Margetta Langlois pro se

10/5/04

I PRICE FURNISHED TO:

D.C.C. B.B.O. RE: HUGO, Pollack + Flanders

2) C.C. RE: ATTORNEY MICHAEL HUGO

FILED
OFFICE
2004 OCT -5 P 12:48
DISTRICT COURT
OF MASS

3). C.C. ATTORNEY Albert Flanders

4) C.C. Samuel Pollack

5) C.C. HELEN Davis of D.C.T.S.F.

for my file 025-38.4715

MARGETTA LANGlois BEFORE JUDGE D. HOOD — for Lien

Also

WITNESS: FOR CASE 04-CV 11588—

LANGlois Pleads

V.

HUGO, Pollack + Flanders—

6. U.S.D.C. (CIVIL) for (04-C.V. 11588)

JUDGE ZoBel for

DEFAULT + FINAL JUDGEMENT RE: HUGO

7).

Margetta Langlois
Pro. se

10/5/04 —

COPY ACTIVITY REPORT

DATE        10/05/04
TIME        02:23PM

SERIAL NUMBER          FWK-006923
C13 TOTAL MARKED IMAGES START    27909
                           FINISH   27939

COPIES MADE          COPIES MADE
SINGLE SIDE          DOUBLE SIDE

PAPER
SIZE

8.5 X 11             30

PLEASE TAKE THIS REPORT
TO THE CASHIER