U.S.D.C. (Civil)
U.S. Courthouse Rm. 2300
1 Courthouse Way
Boston, Mass. 02210 —
    Case: 04 Civ. - 11588.
        Judge Zobel
Margetta Langlois pro se;
    v.    Attorney
Michael Hugo — Head Attorney
    of Hugo & Pollack,

Requests for:
1. Rule 55A "Default"
        And for
2. Rule 55B — Final Judgement
$300,000. — Total Amount Triple
    Damages $900,000.
                Total.

                Respectfully
c.c. for witness Ms.        Submitted,
    Helen Davis D.C. of S.F.
c.c. B.B.O. Susan Weisberg —   Margetta Langlois
    (Re: Hugo, Pollack & Flanders) pro se; 10/6/04
d.c. Clerk's office

1) 20 Day Summons — Unanswered —
2) Damages: $900,000. Final Judgement.
            — Margetta Langlois
                10/6/04

Also, I will be Answering Back to Samuel Pollack's + Albert Flander's - "FALSE" And "ALLEGED" REPRESENTATION, WHEN I GET TO FLORIDA 10/12/04 To GET MY MAIL.

Respectfully Submitted,

Marietta Langlois Pro Se.
10/6/04

Civil //   C.C.
↓
DEAR MS. WEISBERG — B.B.O.
RE: ATTORNEYS
RE: Michael Hugo
    Samuel Pollack
  + Albert Flanders

Big cover-up by B.B.O.
for all 3 above —

Nothing was submitted
To Entered 2003 To show Representation +
   Collect — Completed my Case 2004 by Dec 03
   Hugo, Pollack, + Flanders

Represented me in

my best interest or filed

in a proper timely

fashion. — I was told by them

to file myself originally they

Botched my S.C. Case Read file.
Margetta Langlois 10/6/04

c.c. [illegible]
c.c. JUDGE ZOBEL
c.c. HUGO, POLLACK, & FLANDERS — 10/6/04

Copied
for file

DEAR DOW CORNING SETTLEMENT TRUST
FACILITY,

ATT: MS. HELEN DAVIS —
PLEASE SEND TO ME
PER OUR CONVERSATION 9/28/04 —
9/29/04 — I AM ENCLOSING MY PERMISSION
TO RELEASE; "A COPY" OF MY
COMPLETE FILE FROM BEGINNING
TO 4/14/04 HANDLED BY ATTORNEY
MICHAEL HUGO, STANLEY POLLACK, &
ALBERT FLANDER'S — FOR YOU TO
PROVIDE ME W/ ALL EVIDENCE
SUBMITTED BY THE 3, & FROM & TO
4/14/04 I FIRED THEY — & WHAT
WAS SUBMITTED BY MYSELF
MARGETTA LANGLOIS OF (P.O. BOX
3091 HOLIDAY, FL 34690 — FOR 5 YRS.)

BY ATTORNEYS → NOW & (727) 514-3957 (4 YRS. NOW)
NOT → ON RECORDS — 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.
1). STAMPED & DATED WHEN EVID.
WAS DOCUMENTED IN FILE & BY
WHOM — 1992 — 4/14/04
A PRINT OUT — (DOCKET) W/DATES
2). AND A PRINT OUT DOCKET OF
WHAT WAS SUBMITTED W/ DATES
& PLAINTIFF UPDATED ADDRESS & PHONE # 4/14/04

2).

✓DOCKETED in my FILE AFTER 4/14/04 by MARGETTA LANGLOIS — Pro.Se. — TO PRESENT NO New CONTINGENCY FEE w/ POLICK + FLANDERS + WHEN CASE WAS "COMPLETED" AS EVID. FOR U.S.D.C. (7/04 by MARGETTA LANGLOIS — only

** MOTION on D.C. CASE ALSO — FOR "LIEN TO BE DISMISSED" DUE TO ATTORNEY MICHAEL HUGO DID NOTHING + FAILED TO ANSWER 20 DAY SUMMONS — in U.S.D.C. (CIVIL)

U.S. COURT HOUSE
1 COURT HOUSE WAY Rm. 2300
BOSTON, MASS. 02210 —
JUDGE ZOBEL —
CASE - 04 C.V. 11588 —

"MOTION FOR DEFAULT + FINAL JUDGEMENT TO BE GRANTED TO MARGETTA LANGLOIS — DUE TO NOTHING DONE ON my CASE HEAD ATTORNEY HUGO COULD NOT PROVIDE COURT w/ EVID. OF REPRESENTATION TO U.S.D.C. I will SUBMIT "MOTIONS" GRANTED by JUDGE ZOBEL — Margetta Langlois 10/6/04