UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MARGETTA LANGLOIS, *Pro se* )
)
  Plaintiff, ) CIVIL ACTION
) No: 04-CV-11588 RZ
v. )
)
MICHAEL HUGO, *et al* )
)
  Defendant. )
_____/

FILED
IN CLERKS OFFICE

2004 OCT 13  P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR A MORE DEFINITE STATEMENT OF MICHAEL HUGO PURSUANT TO F.R.CIV.P. 12(e), OR IN THE ALTERNATIVE, TO DISMISS FOR LACK OF JURISDICTION, PURSUANT TO F.R.Civ.P. 12(B)(1) and (2)

**COMES NOW**, defendant Michael R. Hugo, and moves for a more definite statement of the allegations of the plaintiff, as against this defendant. As grounds for this motion, the defendant states that the allegations in the Complaint are largely incoherent, and can not be responded to, pursuant to F.R.Civ.P. 12(a)(1). The paragraphs which cannot be responded to are: paragraphs 4; 5; 6(a), (b), (c), (d), (e) & (f); 7; 8; 9; and 10.

In the Alternative, the defendant moves that this matter be dismissed for lack of federal jurisdiction.

Pursuant to F.R.Civ.P. 12, grounds are set forth with more particularity in the Memorandum In Support of this Motion, filed herewith.

Dated: October 13, 2004

Respectfully Submitted,

*[signature]*

Michael R. Hugo
95 Commercial Wharf
Boston, MA 02110
(617) 973-9777