U.S.D.C.
U.S. COURTHOUSE
1 COURTHOUSE WAY 2300
BOSTON, MASS. (02210)

cc. Pollack + Flanders
cc. B.B. O'Reilly 3A
cc. S. Weisberg +
cc. A. Cloutier
cc. Judge Zokel

FILED
IN CLERKS OFFICE
2004 OCT 19 P 1:25
CIVIL
U.S. DISTRICT COURT
DISTRICT OF MASS

DEAR CLERK of COURT
CASE: 04-C.V. 11588 RWZ

M. LANGLOIS
v.
Michael Hugo

REQUEST FOR DEFAULT & FINAL
JUDGEMENT FOR LATE ANSWER STYLE
AND REQUEST FOR MOTIONS —

1) TO DISMISS ATTORNEY Michael HUGO'S ANSWERS TO U.S.D.C. CASE 04 C.V. 11588 DUE TO LATE FILING OVER 20 DAYS OR NOT BEFORE AS WRITTEN ON "20 DAY SUMMONS" DEAL 10/4/04. SERVED by U.S. MARSHALLS of BOSTON MASS. w/ PROOF OF SERVICE ON REC IN LAWSUIT + his failure TO SEND PLAINTIFF A COPY TO DATE IN FLA.

2) COURT DOES HAVE JURISDICTION OVER MY CASE. CASE IS OVER $75,000. w/ LETTER by ATTORNEYS $300,000 WORTH (+ PLUS)

3) DEADLINE FOR FILING MY CASE by his D.C.S.T.F. WAS 12/03 — FOR PAYMENT in JUNE 15, 20 MY CASE AT DOW CORNING + (BAD ly NEEDED OPERATION LONG OVERDUE by NEGLIGENCE of their filing NOTHING TO DOW CORNING + pick of CASH SINCE 1992 — IN THEIR POSSESSION NOTHING EVER SENT TIL 5/4/04 I SENT. Sn. Margett
Margetta Langlois 10/19/04

04-11588 RWZ

FILED
IN CLERKS OFFICE
2004 OCT 19 P 1:25
U.S. DISTRICT COURT
DISTRICT OF MASS.

[Boarding pass: song / LANGLOIS/MARGE / DL2218590749 / DATE 18OCT / FLIGHT DL 2020 / ORIGIN TAMPA / DESTINATION BOSTON / SEAT 12A / ZONE 1 / BAGS 01 / OPERATED BY DELTA AIR LINES]

[Boarding pass: ELECTRONIC TICKET / 2 006 2160976730 / LANGLOIS/MARGE / DL2218590749 / DATE 18OCT / FLIGHT DL 2020 / CLASS COACH / ORIGIN TAMPA / DESTINATION BOSTON / SEAT 12A / ZONE 1 / DEPARTURE GATE E68 / DEPARTS 628A / BAGS 01]

Evid.

Ans To Fly Back from Court

No Notice To me from Court for 10/21/04 HEARing

e.c. To Judge - NoR...

I went to Fla. 10/12/04

Ans. got back 10/18/04

No Responses from
Michael Hugo - NoR
Court Papers for 10/21/04
HEARING

at 2:30 pm.

Notice By Pollack w/out a time
in Langlois 10/18/04