Re: Case
04-CV-11588, AS OF 10/21/04

I MARGETTA LANGLOIS
WANT ALL MAIL L/EWIS.
LAWYER'S + COURT
MAIL SENT TO:

Margetta Langlois
c/o Kathy Hagan
3 Thompson Court
Lowell, Mass. 01854

My Phone # (727) 574-3957
# Kathy Hagan (978) 453-7006.