UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11588-RWZ

MARGETTA LANGLOIS

v.

MICHAEL HUGO, et al.

<u>SCHEDULING ORDER</u>

October 22, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Margetta Langlois having appeared Pro Se; and Samuel M. Pollack having appeared as counsel for defendant Michael Hugo, the following action was taken:

1. The parties agree that the only issue to be tried is whether defendants were negligent by failing to file the executed proof of claim forms on or before December 31, 2003.

2. The court adopts defendants' proposed pretrial schedule, paragraphs 1(a) through (g).

3. Defendant Michael Hugo was granted leave to file an answer forthwith.

4. A pretrial conference is scheduled on February 16, 2005 at 2 p.m.

|  |  |
|---|---|
| _____ | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE