①

MARGETTA LANGLOIS pro Se,
v.
MICHAEL HUGO —
SAMUEL POLLACK —
AND ALBERT FLINDERS

CASE 04-CV-11588
JUDGE ZOBEL

REQUEST for PLAINTIFF TO
Not <del>TOLD</del> Decline from Depo's — on 1/11/05, I was
ON:) Due to: (NOW with LAST DAYS THERE
<del>THIS IS NOT AN O.J. SIMPSON CASE</del>

1). Samuel Pollack knew during our
Phone conversation I was flying home
to Florida on 1/12/05, I cannot stay
behind — Operation 1/20/05, & Tests 1/13/05

2) He also knew I was have Tests &
Exams for "Explantation" on 1/13/05
at Dr. Ian Mathison's office in Tampa,
Florida — in our discussion —

3). Operation: of "Explantation Booked
Nov. 04 Between Nov. 11 — & Nov.
26-04 ① Airline Tickets in Hand 12/7/04 —
Rebooked to 12/9/04 ② Bought 12/10/04:
4) Visits and All Consultations will
be submitted as evid. along with
③ Proof of Plane Tickets ⑤
④ $1000 Deposit for Operation
1/20/05 if Explantation
of 20 yr. old Implants ⑥ By Dr.
Ian Mathison in his office NOT
Hospital I cannot afford.

(2)

5. This is a major operation in an office — not hospital due to the 3 attorney's incompetence, negligence & not filing my "originals" in a proper time when demanded by Sue Cummings letter 11/03/

A) I have to borrow the $5000.
B) Being operated in an office w/ a major major operation not a hospital —
C) For over 11 yrs. — 13 yrs neglected my case by attorneys w/ silicone rash pictures — for 6 mo. at a time rash —

I have suffered "tremendously"

I would like & give my permission to all to be there & view operation in person 1/20/05 in Tampa Fla. to show all evid. coming out of my body 20 yrs. — & since attorneys left my "health" to deteriorate — w/ the garbage left inside me —

This case is not that I became the defendant —

The 3 attorney's are & to date have not submitted any & all —

(3)

"Discovery" sent to Dow Corning By any of the 3 Demanded by Dow Corning, before to 4/14/04 filed by me

why not 1992 - 4/14/04

"All Discovery" Ignored by 3 Defendants - why?

Conclusion

Failure to provide "All" Discovery to the Court by 1/15/05 -

-final Judgements - The court should Grant Defaults in favor of the Plaintiff for full amount - triple Damages on all 3 Defendants along w/ Contempts for not providing to the court + Plaintiff

1) Proof of what the 3 Did on my case that they lied — my case could have been processed a lie.

11/03 — I have Proof By Dow Corning "Officials" needed to be filed by Hutto Posnick + them on record before Judge Zobel 10/21/04 they answered "No"

Hugo & Pollack,
AND THEY NEVER SENT THE "ORIGINALS" IN W/ POLLACK'S LETTER "6/04" AFTER THEY WERE FIRED! Plaintiff was TOLD TO SEND "ORIGINALS" IN TO DOW CORNING

WHY?

My CASE WOULD HAVE NEVER BEEN PROCESSED by D.C. DUE TO Hugo, Pollack, + Hander's

GROSS Negligence of INEFFECTIVE Counsel —

I Almost "LOST" my CASE!
IF I HADN'T FIRED THEM 4/14/04.

HIGH CHOLESTEROL
DR. WENDY'S CHOU EXAMS 1994-2003

DUE TO my BORDERLINE DIABETES, IRREGULAR HEARTBEAT, STRESS, ANXIETY & OTHER PROBLEMS EMOTIONAL + MEDICAL STRESS ON I CAN NOT STAY BEHIND BECAUSE OF THEIR "GAS" Dept's SO IT WILL UPSET ME + I CAN NOT BE OPERATED ON BEFORE 2/16/05 HEARING TO SHOW ALL EVID + GARBAGE THAT CAME OUT OF ME DUE TO THEIR GROSS NEGLIGENCE OVER 12 YRS. +

I AM NOT A LAWYER + THEY ARE TRYING TO RUN ME INTO THE GROUND WITH THEIR "6/1" Depo's, (INTERROGATORIES) I ANSWERED —

I'M NOT THE DEFENDANT I AM A VICTIM DUE TO THE INCOMPETANCE + FALSE REPRESENTATION —

I DO NOT SEE ANY EVIDENCE OF THEIR "ALLEGED VALID LIEN" ON DOW CORNING —

NO "DISCOVERY" TO PROVE TO THE COURT JUDGE ZOBEL OR PLAINTIFF TO DATE — 12/18/04

MOTION: TO FIND ATTORNEY ALBERT FLANDERS IN "DEFAULT" FOR FAILURE TO APPEAR 10/21/04 2:30 PM HEARING

+ FAILURE TO FILE PROOF OF DISCOVERY TO D.C. + ACCEPTED by D.C. TO PROCESS

MARGETTA LANGLOIS' CASE
EVID. DISCOVERY of 3 ATTORNEY'S
EVID. "LETTER" of CASE BEFORE
4/14/04 "Accepted" (LIKE PLAINTIFF
HAS July 04 By D.C.

AND (PROOF of MANUFACTURER
TO ATTORNEY'S BEFORE 4/14/04) AS
"PLAINTIFF HAS 7/04 "ACCEPTED"

"ALL DISCOVERY is DEMANDED BY
PLAINTIFF By 1/15/04. TO COURT
COURT NEEDS TO PUSH FOR ~~ALL THEIR~~ DISCOVERY
TO COURT + PLAINTIFF AT:

MARGETTA LANGLOIS' Pro se
C/o KATHY HOGAN
/3 THOMPSON COURT
LOWELL, MASS. - 01851

My Cell #(727) 514-3957.
C.C. COURT - JUDGE ZOBEL
C.C. HUGO, POLLACK + FLANDERS         RESPECTFULLY
C.C. B.B.O. SUSAN WEINBERG            SUBMITTED,
   C.C. AND TO ALL OTHERS —           Margetta
C.C. DOW CORNING HELEN DAVIS          Langlois pro se
C.C. T.V. + NEWSPAPERS —              12/18/04