UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGETTA LANGLOIS,<br><br>Pro Se Plaintiff,<br><br>v.<br><br>SAMUEL POLLACK,<br>MICHAEL HUGO,<br>ALBERT FLANDERS<br><br>Defendants. | CIVIL ACTION: 04-CV11588 |

## NOTICE OF DEPOSTION

TO:   Margetta Langlois
         P.O. Box 3091
         Holiday, FL 34690

PLEASE TAKE NOTICE that beginning December 15, 2004 at 11:00 a.m. and continuing day to day thereafter until completed, weekends and holidays excepted, at the offices of Pollack & Flanders, 50 Congress Street, Suite 430, Boston, MA, Defendant Samuel Pollack will take the deposition of Plaintiff Margetta Langlois.

The deposition will be taken upon oral examination before a Notary Public or before some other officer authorized by law to administer oaths in accordance with and pursuant to applicable provisions of the Federal Rules of Civil Procedure.

DATED: December 2, 2004

The Defendant,

_____
Samuel M. Pollack
Pollack & Flanders, LLP
50 Congress Street, Suite 430
Boston, MA 02109
(617) 259-3000