# Pollack Flanders
ATTORNEYS AND COUNSELLORS AT LAW

POLLACK & FLANDERS LLP
56 CONGRESS STREET – SUITE 430
BOSTON, MA 02109
TEL: 617.259.3000   FAX: 617.259.3050

2121 K STREET N.W. – SUITE 800
WASHINGTON, D.C. 20037
TEL: 202.261.6513   FAX: 202.261.3508

December 8, 2004

*VIA OVERNIGHT MAIL*

Margetta Langlois
C/o Kathy Hagan
3 Thompsons Court
Lowell, MA 01854

    Re:    **Margetta Langlois v. Samuel Pollack, Michael Hugo and Albert Flanders**
            **Civil Action: 04-CV1588**

Dear Ms. Langlois:

    Pursuant to the Court Scheduling Order, you were to name your expert designations by December 2, 2004. We have yet to receive this information. If you intend to name your expert designations, please let us know immediately as our obligation to provide our expert designations is affected by your designations.

    On December 2, 2004, we sent the enclosed documents to the primary mailing address that you provided in the Complaint, namely P.O. Box 3091, Holiday, FL 34690. However, we have not received a response. Accordingly, please find enclosed the following documents:

1. Notice of Deposition;
2. Request of Defendants for Production of Documents for Inspection and Copying;
3. Interrogatories of Defendants to Plaintiff.

Please note that your deposition is scheduled for December 15, 2004. If we do not hear from you by December 13, 2004, we will assume that the deposition will be going forward as scheduled.

Sincerely,

*Samuel M. Pollack/mpa*

Samuel M. Pollack, Esq.

SMP/mpa

Encl.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGETTA LANGLOIS,<br><br>  Pro Se Plaintiff,<br><br>v.<br><br>SAMUEL POLLACK,<br>MICHAEL HUGO,<br>ALBERT FLANDERS<br><br>  Defendants. | CIVIL ACTION: 04-CV11588 |

NOTICE OF DEPOSTION

TO:   Margetta Langlois
      P.O. Box 3091
      Holiday, FL 34690

PLEASE TAKE NOTICE that beginning December 15, 2004 at 11:00 a.m. and continuing day to day thereafter until completed, weekends and holidays excepted, at the offices of Pollack & Flanders, 50 Congress Street, Suite 430, Boston, MA, Defendant Samuel Pollack will take the deposition of Plaintiff Margetta Langlois.

The deposition will be taken upon oral examination before a Notary Public or before some other officer authorized by law to administer oaths in accordance with and pursuant to applicable provisions of the Federal Rules of Civil Procedure.

DATED: December 2, 2004

The Defendant,

_____
Samuel M. Pollack
Pollack & Flanders, LLP
50 Congress Street, Suite 430
Boston, MA 02109
(617) 259-3000