

Pollack & Flanders, LLP

50 CONGRESS STREET   SUITE 430
BOSTON, MA 02109
TEL: 617.259.3000   FAX: 617.259.3050

3121 K STREET N.W.   SUITE 800
WASHINGTON, D.C. 20037
TEL: 202.261.0513   FAX: 202.261.3508

December 10, 2004

*VIA FIRST-CLASS MAIL*

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

    Re:    **Margetta Langlois v. Samuel Pollack, Michael Hugo and Albert Flanders**
             **Civil Action: 04-CV1588**

Dear Ms. Langlois:

    As we discussed, we are rescheduling your deposition from Wednesday, December 15, 2004 at 11:00 a.m. to Tuesday, January 11, 2005 at 10:00 a.m. Please find enclosed a new Notice of Deposition.

Sincerely,

*Samuel M. Pollack/mpa*
Samuel M. Pollack, Esq.

SMP/mpa

Encl.: Notice of Deposition

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGETTA LANGLOIS,<br><br>    Pro Se Plaintiff,<br><br>v.<br><br>SAMUEL POLLACK,<br>MICHAEL HUGO,<br>ALBERT FLANDERS<br><br>    Defendants. | CIVIL ACTION: 04-CV11588 |

NOTICE OF DEPOSTION

TO:    Margetta Langlois
          P.O. Box 3091
          Holiday, FL 34690

PLEASE TAKE NOTICE that beginning January 11, 2005 at 10:00 a.m. and continuing day to day thereafter until completed, weekends and holidays excepted, at the offices of Pollack & Flanders, 50 Congress Street, Suite 430, Boston, MA, Defendant Samuel Pollack will take the deposition of Plaintiff Margetta Langlois.

The deposition will be taken upon oral examination before a Notary Public or before some other officer authorized by law to administer oaths in accordance with and pursuant to applicable provisions of the Federal Rules of Civil Procedure.

DATED: December 10, 2004

The Defendant,

_/s/ Samuel M. Pollack_
Samuel M. Pollack
Pollack & Flanders, LLP
50 Congress Street, Suite 430
Boston, MA 02109
(617) 259-3000