

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGETTA LANGLOIS,　　　　　　)
　　　　　　　　　　　　　　　　)
　　Pro Se Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　) CIVIL ACTION NO. 04-CV-11588
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
SAMUEL POLLACK,　　　　　　　)
MICHAEL HUGO,　　　　　　　　)
ALBERT FLANDERS　　　　　　　)
　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　)

## PRETRIAL MEMORANDUM

1. The names, addresses and telephone numbers of trial counsel:

   For the Plaintiff:

   Margetta Langlois, Pro Se
   P.O. Box 3091
   Holiday, FL. 34690

   For the Defendants, Samuel M. Pollack, Albert Flanders:

   Samuel M. Pollack, Esq
   Pollack & Flanders, LLP
   50 Congress St.
   Boston, MA 02109
   (617) 259-3000

   Albert Flanders, Esq.
   Pollack & Flanders, LLP
   50 Congress St.
   Boston, MA 02109
   (617) 259-3000

   Michael R. Hugo, Esq.
   Lopez & Hodes, LLP

2. Whether the case is to be tried with or without a jury:

   This case can be tried without a jury

3. A concise summary of the positions asserted by the plaintiff, defendant, and other parties, with respect to both liability and damages (including special damages, if any):

   A concise summary of the position of the plaintiff can not be asserted at this time, given the form and manner in which the plaintiff has served and filed her pleadings. With this, a concise summary of the position of the defendants can not be asserted. Further, the defendants deny any claims asserted against them.

4. The facts established by pleadings or by stipulations or by admissions of counsel. In particular, counsel shall stipulate all facts no in genuine dispute:

   Given the form and manner in which the plaintiff has served and filed her pleadings it is impossible to establish the facts involved in this manner.

5. Contested issues of fact:

   Given the form and manner in which the plaintiff has served and filed her pleadings it is impossible to establish the facts involved in this manner.

6. Any jurisdictional question:

   There are no jurisdictional questions.

7. Issues of law, including evidentiary questions, together with supporting authority:

   There are no issues of law.

8. Any requested amendments to the pleadings:

   There are no requested amendments to the pleadings.

9. Any additional matters to aid in the disposition of the action:

   There are currently three motions filed with the court that need to be addressed.

   a. Motion to Compel the Deposition of the Plaintiff, Margetta Langlois
   b. Motion to Amend Tracking Schedule
   c. Defendants' Motion to Compel the Production of Documents and Answers to Interrogatories Addressed to Plaintiff, Margetta Langlois.

Further, upon completion of discovery, the Defendants intend upon filing a motion for summary judgment which, if granted; will result in dismissal of all claims.

10. The probable length of trial:

    One day.

11. The names and addresses of witnesses who shall testify at the trial, and the purpose of the testimony of each witness, i.e., whether factual, medical, expert, etc. Unless the qualifications of any medical or other expert witness are admitted, a brief statement of the qualifications of such witness shall be included:

    For the Plaintiff:

    Margetta Langlois,
    - factual

    For the Defendants:

    Samuel M. Pollack
    - factual

    Albert Flanders
    - factual

    Michael Hugo
    - factual

    Ian McCallister
    - factual

    Margie Primero-Allen
    - factual

    As a result of the defendant's pending motions regarding outstanding discovery, the defendant reserves the right to supplement this witness list.

12. A list of exhibits, agreed upon exhibits should be marked using one set of numbers, any exhibit not agreed upon should be marked using one set of letters for id. Counsel shall provide a brief statement of the ground for any objection:

    a. Implant Proof of Claim Form
    b. Any and all Dow Corning forms

    c. Any and all medical records

| | |
|---|---|
| The Defendants,<br>Samuel M. Pollack, Esq.<br>Albert Flanders, Esq. | The Plaintiff,<br>Margetta Langlois |
| *[signature]*<br>Samuel M. Pollack, Esq.<br>On behalf of the Defendants,<br>Pollack & Flanders, LLP<br>50 Congress St.<br>Boston, MA 02109 | _____<br>Margetta Langlois, Pro Se<br>P.O. Box 3091<br>Holiday, FL. 34690 |