UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGETTA LANGLOIS, | ) |
| Pro Se Plaintiff, | ) CIVIL ACTION: 04-CV11588 |
| v. | ) |
| SAMUEL POLLACK, MICHAEL HUGO, ALBERT FLANDERS | ) |
| Defendants. | ) |

### AFFIDAVIT OF SAMUEL M. POLLACK

I, Samuel M. Pollack, being duly sworn, depose and state that I am an attorney admitted to practice before the Courts of the Commonwealth of Massachusetts, and have personal knowledge of the facts set forth herein.

1. A Pretrial Conference for the above matter is currently scheduled for February 16, 2005.

2. On February 8, 2005, I sent, by overnight mail; the Plaintiff, Margetta Langlois; a draft of a Joint Pretrial Memorandum, a copy of the draft with the accompanying cover letter is attached hereto as Exhibit 1.

3. I have not received any semblance of a response by the Plaintiff, as of February 11, 2005.

4. The court's pre-trial order requires the parties to submit a joint submission no less than five days before the conference is held. However, although the defendants have made good faith efforts to meet and confer with the plaintiff, as of today's

date we have had no response. Therefore, the defendants are unable to submit the attached memorandum as a joint filing.

Signed under the pains and penalties of perjury the ___ day of February, 2005

_____
Samuel M. Pollack
BBO# 560617
Pollack & Flanders, LLP
50 Congress St.
Boston, MA 02109

# Pollack
## Flanders
ATTORNEYS AND COUNSELLORS AT LAW

POLLACK & FLANDERS, LLP

50 CONGRESS STREET   SUITE 430
BOSTON, MA 02109
TEL: 617.259.3000   FAX: 617.259.3050

2121 K STREET N.W.   SUITE 800
WASHINGTON, D.C. 20037
TEL: 202.261.6513   FAX: 202.261.3508

February 8, 2005

VIA OVERNIGHT MAIL
Margetta Langlois
C/o Kathy Hagan
3 Thompsons Court
Lowell, MA 01854

RE: Margetta Langlois v. Samuel M. Pollack, Michael Hugo and Albert Flanders
Civil Action: 04-cv1588

Dear Ms. Langlois

Enclosed please find:

1. Joint Pretrial Memorandum (draft)

Please review, if there are no changes that you deem necessary, please sign and forward to our office. If there are changes that need to be made or if you have any objections please make them known to our office.

Yours truly,

*Samuel M. Pollack*
Samuel M. Pollack

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGETTA LANGLOIS, <br><br> Pro Se Plaintiff, <br><br> v. <br><br> SAMUEL POLLACK, <br> MICHAEL HUGO, <br> ALBERT FLANDERS <br><br> Defendants. | CIVIL ACTION: 04-CV11588 |

## JOINT PRETRIAL MEMORANDUM

1. The names, addresses and telephone numbers of trial counsel:

   For the Plaintiff:

   Margetta Langlois, Pro Se
   P.O. Box 3091
   Holiday, FL. 34690

   For the Defendants, Samuel M. Pollack, Albert Flanders:

   Samuel M. Pollack, Esq
   Pollack & Flanders, LLP
   50 Congress St.
   Boston, MA 02109
   (617) 259-3000

   Albert Flanders, Esq.
   Pollack & Flanders, LLP
   50 Congress St.
   Boston, MA 02109
   (617) 259-3000

2. Whether the case is to be tried with or without a jury:

   This case can be tried without a jury

3. A concise summary of the positions asserted by the plaintiff, defendant, and other parties, with respect to both liability and damages (including special damages, if any):

   A concise summary of the position of the plaintiff can not be asserted at this time, given the form and manner in which the plaintiff has served and filed her pleadings. With this, a concise summary of the position of the defendants can not be asserted. Further, the defendants deny any claims asserted against them.

4. The facts established by pleadings or by stipulations or by admissions of counsel. In particular, counsel shall stipulate all facts no in genuine dispute:

   Given the form and manner in which the plaintiff has served and filed her pleadings it is impossible to establish the facts involved in this manner.

5. Contested issues of fact:

   Given the form and manner in which the plaintiff has served and filed her pleadings it is impossible to establish the facts involved in this manner.

6. Any jurisdictional question:

   There are no jurisdictional questions.

7. Issues of law, including evidentiary questions, together with supporting authority:

   There are no issues of law.

8. Any requested amendments to the pleadings:

   There are no requested amendments to the pleadings.

9. Any additional matters to aid in the disposition of the action:

   There are currently three motions filed with the court that need to be addressed.

   a. Motion to Compel the Deposition of the Plaintiff, Margetta Langlois
   b. Motion to Amend Tracking Schedule
   c. Defendants' Motion to Compel the Production of Documents and Answers to Interrogatories Addressed to Plaintiff, Margetta Langlois.

   Further, upon completion of discovery, the Defendants intend upon filing a motion for summary judgment which, if granted; will result in dismissal of all claims.

10. The probable length of trial:

    One day.

11. The names and addresses of witnesses who shall testify at the trial, and the purpose of the testimony of each witness, i.e., whether factual, medical, expert, etc. Unless the qualifications of any medical or other expert witness are admitted, a brief statement of the qualifications of such witness shall be included:

    <u>For the Plaintiff:</u>

    Margetta Langlois,
    - factual

    <u>For the Defendants:</u>

    Samuel M. Pollack
    - factual

    Albert Flanders
    - factual

    Michael Hugo
    - factual

    Ian McCallister
    - factual

    Margie Primero-Allen
    - factual

12. A list of exhibits, agreed upon exhibits should be marked using one set of numbers, any exhibit not agreed upon should be marked using one set of letters for <u>id.</u> Counsel shall provide a brief statement of the ground for any objection:

    a. Implant Proof of Claim Form
    b. Any and all Dow Corning forms
    c. Any and all medical records

| | |
|---|---|
| The Defendants,<br>Samuel M. Pollack, Esq.<br>Albert Flanders, Esq.<br>Michael Hugo, Esq. | The Plaintiff,<br>Margetta Langlois |
| */s/ Samuel M. Pollack/*<br>Samuel M. Pollack, Esq.<br>On behalf of the Defendants,<br>Pollack & Flanders, LLP<br>50 Congress St.<br>Boston, MA 02109 | _____<br>Margetta Langlois, Pro Se<br>P.O. Box 3091<br>Holiday, FL. 34690 |

# FedEx US Airbill

**FedEx Tracking Number:** 8511 1588 3040

**Sender's Copy**

## From
- **Date:** 02/08/05
- **Sender's FedEx Account Number:** 2333-9367-3
- **Sender's Name:** Samuel M. Pollack
- **Phone:** (617) 259-3000
- **Company:** Pollack & Flanders
- **Address:** 50 Congress St. Suite 430
- **City:** Boston **State:** MA **ZIP:** 02109

**Your Internal Billing Reference:** OPTIONAL

## To
- **Recipient's Name:** Margetta Langlois
- **Phone:** ( )
- **Company:** c/o Kathy Hagan
- **Recipient's Address:** 3 Thompsons Court
- **City:** Lowell **State:** MA **ZIP:** 01854

## 4a Express Package Service
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice

## 7 Payment Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**467**

## CERTIFICATE OF SERVICE

I, Samuel M. Pollack, Defendant hereby certify that I have this 11th day of February, 2005, served a copy of the following documents:

1. Pretrial Memorandum
2. Affidavit of Compliance with Court's Pretrial Order to Meet and Confer executed by Samuel M. Pollack.

on the following parties:

Margetta Lanlois
P.O. Box 3091
Holiday, FL 34690

Margetta Langlois
C/O Kathy Hagan
3 Thompsons Court
Lowell, MA 01854

Michael Hugo
95 Commercial Wharf
Boston, MA 02109


Signed under the penalties of perjury.

_____
Samuel M. Pollack