UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11588-RWZ

MARGETTA LANGLOIS

v.

MICHAEL HUGO, SAM POLLACK, and ALBERT FLANDERS

ORDER

February 17, 2005

ZOBEL, D.J.

    Defendants' Motion to Compel Deposition and Motion to Compel Production of Documents and Answers to Interrogatories are allowed. The parties have agreed that plaintiff is to be deposed on Monday, March 14, 2005, at 9 a.m. at defendants' office. Defendants have answered plaintiff's interrogatories. To the extent that plaintiff seeks more detail, she shall file a motion to compel by March 2, 2005, along with a copy of the revised, comprehensible questions to which she seeks further answer. Plaintiff shall also answer the defendants' outstanding interrogatories in legible, comprehensible form by March 2, 2005.

    A pretrial conference is set for June 9, 2005, at 2 p.m. Trial is set for June 20, 2005.

| | |
|---|---|
| _____ <br> DATE | /s/ Rya W. Zobel <br> RYA W. ZOBEL <br> UNITED STATES DISTRICT JUDGE |