MARGETTA LANGLOIS            C.A.#04-11588
V                            JUDGE
MICHAEL HUGO                 ZOBEL
POLLACK SAMUEL

AND

ALBERT FLANDERS

FILED
IN CLERKS OFFICE
2005 FEB 22 A 11: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

(1.) COMPEL COURT ORDER TO
MOTION: FOR DEFAULTS + FINAL
JUDGEMENTS ON: FULL AMOUNTS OF DAMAGES
ON: ALBERT FLANDERS —
AS DEFAULT ON NON-
APPEARENCE ON
1) HEARING —*1) 10/21/04 Pro Se AND
2) HEARING —*2) 2/16/05 Pro Se
MOTION: REQUESTED FOR DEFAULTS
NO ATTORNEY NOTICE ON RECORD w/
U.S.D.C. (CIVIL) OR JUDGE ZOBEL
OR PLAINTIFF MARGETTA LANGLOIS
PRO SE TO 2/22/05 SUBMITTING DOCKET
SHEETS (4) PGS MONE w/ THIS

  *3) NOT ANSWERING
INTERROGATORIES BY ALBERT
FLANDERS — NOT REPRESENTED BY POLLACK
           TO DATE 2/22/05 — ON REC.
  *4) SAMUEL POLLACK PERJURIED
ONCE AGAIN 2/16/05 HE'S REPRESENTING
FLANDERS — (NO NEW REC NOTICE FOR
ATTORNEY TO APPEAR + REPRESENT
FLANDERS — TO DATE 2/22/05  margetta
                          langlois 2/22/05

I, MARGETTA LANGLOIS, of

c/o KATHY HAGAN
COURT. Lowell, MA

(727) 514-3957

MARGETTA LANGLOIS
v.
c.c. MICHAEL HUGO
c.c. SAMUEL POLLACK
c.c. ALBERT FLANDERS

04-CV-11588
JUDGE R.W. ZOBEL

FILED
IN CLERKS OFFICE
2005 FEB 22 A 11: 27
US DISTRICT COURT
DISTRICT OF MASS.

Plaintiff - ASK THE COURT TO Compel FOR EVID. HEARING ASAP.

1) NOTICE of APPEARANCE of Samuel Pollack REPRESENTATION ON FLANDERS TO DATE — I DO NOT LIKE WHY SHOULD THEY.

2) All LEGAL & NON LEGAL & NON BINDING CONTINGENCY fee AGREEMENTS
   A) w/ LANGLOIS w/ HUGO
   B) w/ LANGLOIS w/ HUGO & POLLACK
   C) w/ LANGLOIS w/ HUGO, POLLACK & FLANDERS
   D) AND w/ LANGLOIS w/ POLLACK & FLANDERS
TO ILLEGALLY EXTORT MONIES w/ FALSE & DISTORTED ADDRESS AND PHONE # BEFORE 3/04 BREAK-up of HUGOS FIRM TO AQUIRE MONIES ILLEGALLY FROM CLAIMANTS

ON ~~May 1, 04~~,

\* I HAVE LOST USE OF monies ~~from~~ JUNE 15, 04 TO NOW AFTER WITH THEIR UPHOLDING my OPERATION w/ THEIR Negligence, Incompetance, GROSS Negligence OF ~~INEFFECTIVE~~ COUNSEL WHILE ASSOC's OF (HUGO,) POLLACK, NOT w/ + FLANDERS ?) MALPRACTICE, HOW DARE THEM TRY TO "EXTORT monies" FROM Plaintiff (Victim) + UP HOLD HER CLAIM DUE HER 6/15/04. W/ FALSE, DISTORTIONS AND W/ (ILLEGAL Claim Lien) Pollack + ~~Flanders~~ THEY NEVER REPRESENTED me OR AT HUGO'S FIRM. OR AFTER BREAK UP (Justice Needs TO BE SERVED) AND Court ORDER TO Compel All Discovery from Hugo, Pollack + Flanders IN

Subm. for Exhibit

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11588-RWZ

FILED IN CLERK'S OFFICE
2005 FEB 22  A 11: 27
DISTRICT COURT
DISTRICT OF MASS

Langlois v. Hugo
Assigned to: Judge Rya W. Zobel
Cause: JS 44 Sec. IV - no matching citation currently in database

Date Filed: 07/12/2004
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2004 | 1 | Cover Letter/request (non-motion) from Margetta Langlois indicating a cover sheet, category sheet and IFP application were being filed with the complaint which was not the case. No Coversheet, Category sheet or IFP application were filed with the case. (Jenness, Susan) (Entered: 07/16/2004) |
| 07/12/2004 | 2 | COMPLAINT, filed by Margetta Langlois.(Jenness, Susan) (Entered: 07/16/2004) |
| 07/12/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 07/16/2004) |
| 07/16/2004 |   | Case undergoing preliminary screening (Jenness, Susan) (Entered: 07/16/2004) |
| 07/22/2004 | 3 | Judge Rya W. Zobel : ORDER entered. This action shall be dismissed without prejudice, 35 days from the date of this Procedural Order, unless plaintiff Margetta Langlois pays the $150.00 filing fee for this action or submits an application to proceed without prepayment of the filing fee. The Clerk is directed to send to plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.(Weissman, Linn) (Entered: 07/23/2004) |
| 07/26/2004 | 4 | Letter/request (non-motion)re; waive of filing fee from Margetta Langlois. (Urso, Lisa) (Entered: 07/28/2004) |
| 08/02/2004 | 5 | MOTION for Leave to Proceed in forma pauperis by Margetta Langlois. (Jenness, Susan) (Entered: 08/06/2004) |
| 08/02/2004 | 6 | MOTION for Leave to Proceed in forma pauperis by Margetta Langlois. (Jenness, Susan) (Entered: 08/06/2004) |
| 08/02/2004 | 7 | MOTION for Leave to Proceed in forma pauperis by Margetta Langlois. (Jenness, Susan) (Entered: 08/06/2004) |
| 08/02/2004 | 8 | Letter/request submitted by Margetta Langlois (non-motion) from the Social Security Administration. (Jenness, Susan) (Entered: 08/06/2004) |
| 08/06/2004 |   | Documents No. 5,6,7 and 8 are forwarded for screening (Jenness, Susan) |

| | | |
|---|---|---|
| | | (Entered: 08/06/2004) |
| 08/09/2004 | 9 | Judge Rya W. Zobel : ORDER entered granting 5, 6, 7 Motions for Leave to Proceed in forma pauperis. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States. (Weissman, Linn) (Entered: 08/09/2004) |
| 08/09/2004 | | Summons Issued as to Flanders, Michael Hugo, and Sam Pollack. (Weissman, Linn) (Entered: 08/09/2004) |
| 08/12/2004 | 10 | Letters/request (non-motion) from Plaintiff regarding filing of fees. (Johnson, Jay) (Entered: 08/13/2004) |
| 08/16/2004 | 11 | MOTION for Discovery by Margetta Langlois.(Johnson, Jay) (Entered: 08/17/2004) |
| 09/20/2004 | 12 | ANSWER to Complaint by Sam Pollack.(Johnson, Jay) (Entered: 09/21/2004) |
| 09/20/2004 | 13 | ANSWER to Complaint by Albert C. Flanders.(Johnson, Jay) (Entered: 09/21/2004) |
| 09/20/2004 | 14 | US Marshal Process Receipt and Return for Civil Lawsuit. Michael Hugo served Delivered on 9/14/04 (Johnson, Jay) (Entered: 09/21/2004) |
| 09/20/2004 | | ***Attorney Albert C. Flanders for Albert C. Flanders, Samuel M. Pollack for Sam Pollack added. (Urso, Lisa) (Entered: 09/22/2004) |
| 09/22/2004 | 15 | NOTICE of Scheduling Conference Scheduling Conference set for 10/21/2004 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/22/2004) |
| 09/24/2004 | 16 | US Marshal Process Receipt and Return for Civil Lawsuit. Sam Pollack served Delivered on 9/2/04 (Johnson, Jay) (Entered: 09/24/2004) |
| 09/24/2004 | 17 | US Marshal Process Receipt and Return for Civil Lawsuit. Flanders served Delivered on 9/2/04 (Johnson, Jay) (Entered: 09/24/2004) |
| 10/06/2004 | 18 | MOTION for Default Judgment as to Michael Hugo by Margetta Langlois.(Johnson, Jay) (Entered: 10/06/2004) |
| 10/08/2004 | 19 | Request for notice of default. (Johnson, Jay) (Entered: 10/13/2004) |
| 10/13/2004 | 20 | MOTION for More Definite Statement or in the alternative, to dismiss for lack of jurisdiction by Michael Hugo.(Johnson, Jay) (Entered: 10/15/2004) |
| 10/13/2004 | 21 | MEMORANDUM in Support re 20 MOTION for More Definite Statement filed by Michael Hugo. (Johnson, Jay) (Entered: 10/15/2004) |
| 10/15/2004 | 22 | JOINT STATEMENT re scheduling conference. (Johnson, Jay) (Entered: 10/18/2004) |
| 10/15/2004 | 23 | CERTIFICATE OF CONSULTATION re 22 Joint statement re |

| | | |
|---|---|---|
| | | scheduling conference by Samuel M. Pollack on behalf of Sam Pollack. (Johnson, Jay) (Entered: 10/18/2004) |
| 10/19/2004 | 24 | Letter/request (non-motion) from Marge Langlois regarding request for default and notice for hearing. (Johnson, Jay) (Entered: 10/20/2004) |
| 10/21/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 10/21/2004. Judge agress with Joint Statement A-G; defendant leave to file answer late; Discovery due by 1/31/2005. Pretrial Conference set for 2/16/2004 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/22/2004) |
| 10/21/2004 | 25 | NOTICE of Change of Address by Margetta Langlois (Johnson, Jay) (Entered: 10/22/2004) |
| 10/22/2004 | 26 | Judge Rya W. Zobel : ORDER entered SCHEDULING ORDER: Final Pretrial Conference set for 2/16/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel.(Urso, Lisa) (Entered: 10/22/2004) |
| 10/22/2004 | 27 | ANSWER to Complaint with Jury Demand by Michael Hugo.(Johnson, Jay) (Entered: 10/26/2004) |
| 11/09/2004 | | Judge Rya W. Zobel : electronic ORDER entered finding as moot 11 Motion for Discovery, finding as moot 18 Motion for Default Judgment, finding as moot 20 Motion for More Definite Statement. Answer was filed and scheduling order set deadlines. (Urso, Lisa) (Entered: 11/09/2004) |
| 11/24/2004 | | Mail Returned as (Unclaimed). Mail sent to Margetta Langolois (Johnson, Jay) (Entered: 11/29/2004) |
| 12/16/2004 | 28 | MOTION to Strike Michael Hugo's Statementsof 10/13/04 by Margetta Langlois.(Johnson, Jay) (Entered: 12/17/2004) |
| 01/10/2005 | 29 | EXHIBITS by Margetta Langlois. (Johnson, Jay) (Entered: 01/11/2005) |
| 01/10/2005 | 30 | Letter/request (non-motion) from Plaintiff requesting to decline from deposition, w/attached exhibits. (Johnson, Jay) (Entered: 01/11/2005) |
| 01/10/2005 | 31 | MOTION to Compel the Deposition of Plaintiff by Sam Pollack, Albert C. Flanders. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Johnson, Jay) (Entered: 01/11/2005) |
| 01/14/2005 | | Judge Rya W. Zobel : ElectronicORDER entered denying 28 Motion to Strike (Johnson, Jay) (Entered: 01/14/2005) |
| 01/26/2005 | 32 | Submission of Evidence by Margetta Langlois-Forwarded for consideration (Jenness, Susan) (Entered: 01/28/2005) |
| 02/02/2005 | 33 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 2/16/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel.(Urso, Lisa) (Entered: 02/02/2005) |
| | | |

| | | |
|---|---|---|
| 02/02/2005 | 34 | MOTION to Compel Production of Documents and Answers to Interrogatories Addressed to Plaintiff Margetta Langlois by Sam Pollack, Albert C. Flanders.(Johnson, Jay) (Entered: 02/03/2005) |
| 02/02/2005 | 35 | MOTION to Amend Tracking Schedule by Sam Pollack, Albert C. Flanders.(Johnson, Jay) (Entered: 02/03/2005) |
| 02/11/2005 | 36 | PRETRIAL MEMORANDUM by Sam Pollack. (Johnson, Jay) (Entered: 02/16/2005) |
| 02/11/2005 | 37 | AFFIDAVIT re 36 Pretrial Memorandum by Sam Pollack. (Johnson, Jay) (Entered: 02/16/2005) |
| 02/16/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 34 Motion to Compel, granting 31 Motion to Compel. Judge grants both motions st the conference; (Urso, Lisa) (Entered: 02/18/2005) |
| 02/16/2005 | | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Initial Pretrial Conference held on 2/16/2005. Plaintiff's questions to defendant are to be asked in question form within 2 weeks; revised questions 3/2/05; deposition of plaintiff 3/14/05 at 9:00 a.m. until complete. (Urso, Lisa) (Entered: 02/18/2005) |
| 02/17/2005 | 38 | Judge Rya W. Zobel : Order ORDER entered. A pretrial conference is scheduled for 6/9/05 at 2:00 p.m. Trial set for 6/20/05 at 9:00 a.m.(Urso, Lisa) (Entered: 02/18/2005) |