MARGOT LANGLOIS pro per 04-cv-11588 (1)

v.

MICHAEL HUGO,
SAMUEL POLLACK
& ALBERT FLANDERS

FILED IN CLERK'S OFFICE
2005 FEB 22 A 11: [?]
U.S. DISTRICT COURT
DISTRICT OF MASS.

JUDGE R.W. ZOBEL
EXHIBIT
W/ DOCKET SHEET FILED 2/22/05

(I) To Compel Court Sanctions against Samuel Pollack for Perjury & lying Before Judge Zobel to Snowball her, & Plaintiff w/ No Notice w/ No Attorney on Record to Date 2/22/05 for Flanders

Plaintiff is Requesting Sanctions be brought Against for Samuel Pollack's perjury in Chambers with No Evidence to "whitewash" once again 04-C.V. 11588 Before Judge Zobel & Proven w/ Docket Sheet No Notice of Appearances on Record to Date 2/22/05 Samuel Pollack's Representing Flanders —

✱ THEY ARE ABOVE THE LAW & JUDGE OBVIOUSLY W/ NO EVIDENCE & NO CONTINGENCY FEE AGREEMENTS LANGLOIS W/ POLLACK & FLANDERS EVER AT 440 COMMERCIAL ST. BOSTON [?] ADDRESS & PHONE AFTER 3/04 OR [?]

A HEARING A.S.A.P. BEFORE JUDGE ZOBEL w/ AUDIO TAPE
A.S.A.P. BEFORE 3/7/05 WITH ALL EVID. & ALL
DISCOVERY — PLAINTIFF'S ASKED FOR
w/ALL 4 HABEAS CORPUS ON RECORD
04-CV-11588

1). PLAINTIFF MARGETTA LANGLOIS TO APPEAR

~~COURT ORDER~~ ~~Compel~~ 2). DEF. MICHAEL HUGO To — In Person
w/ CHANGE OF ADDRESS (copy)
AT P. OFFICE Proof — AFTER 3/04
TO:
95- COMMERCIAL WHARF BOSTON (02110)
From 440 COMMERICAL ST. BOSTON

3). Def. SAMUEL POLLACK In Person ORDER TO Compel
Copy w/ CHANGE OF ADDRESS From P. Office
AFTER 3/04  440 COMMECIAL ST.
BOSTON, MASS 02109.
TO 50 CONGRESS ST
SUITE 430

~~COURT ORDER TO Compel~~ 4). Def ALBERT FLANDERS (IN PERSON) TO
w/ Copy of CHANGE of ADDRESS
from P. Office Proof
440 COMMERICAL ST, BOSTON
TO 50 CONGRESS ST
SUITE 430
BOSTON, MASS. 02109

TO PLACE FALSE ADDRESS TO D.C.S.T.F.
TO "EXTORT" MONIES WITH
FALSE ADDRESS OF OLD FIRM &
PHONE PHONE AFTER BREAK
UP AT 50 CONGRESS ST. SUITE 430
BOSTON, MASS. 02109.

POLLACK & FLANDERS
TRY TO "EXTORT" MONIES W/ LEGAL &
BINDING NO CONTINGENCY FEES
EVER BETWEEN
MARGETTA LANGLOIS Pro Se
W. POLLACK & FLANDERS
1995 — 2/22/05. TO DATE

"FRAUD & EXTORTION" ARE ALL
OVER MY FILE
W/ COMPLAINTS I FAXED TO D.C.S.T.F.
ORIGINALS ON 2/21/05 TO LIEU JUDGE
AS I HAVE ENCLOSED —

"POLLACK & FLANDERS —
NO NOTICES OF THEIR FIRM BREAK UP
NONE ON DISCOVERY BY THEM — & NO
NEW CONTINGENCY FEE AGREEMENTS —
ONLY "THEFT" OF MY FILE — I OBTAINED IT!

Dow Corning Hugo's Co. Etc.
Due to "Crucial + Refuses to Amend Deficeits" on 11/18/03 by Hugo or after to Hugo, + Pollack (Flanders) is not on Recrd at firm — No Notices sent to Client at time — Plaintiff no knowledge of Gross + Incompetance of Hugo, Pollack, + Flanders To Amend + Correct Defecit to Date.

D.C. Lien is Not only
Illegal, Fraud + to Try to Extort Monies from D.C.S.T.F is Illegal, + Sanctions + (Jail w/ Lien Should Be surfice) By U.S.D.A's Criminal (my Prose Rights Have Been Violated w/ 3 Def. No Discovery over + over here.)
C.C. U.S.D.A Criminal
On 2/22/05

Respectfully
Submitted — Marjeta Langlais
CC. Hugo, Pollack, Flanders            2/22/04   Pro Se
+ C.C. (D.C.S.T.F.) + U.S.D.A, Civil Judge Zobel