MARGETTA LANGLOIS Pro Se
                V.
MICHAEL HUGO Pro Se
SAMUEL POLLACK Pro Se
ALBERT FLANDERS Pro Se

FILED IN CLERK'S OFFICE 2005 FEB 22 A 10:3 ON RECORD U.S. DISTRICT COURT DISTRICT OF MASS.

Discovery For Exhibits # 40 - # 44 + By 3
Def Needs" Amended Civil Suit "of
04-CV-11588 JUDGE R.W. Zobel

Motion "To Compel Discovery
of "Contingency Fee Agreements"
(All) # 41 Re: Plaintiff MARGETTA LANGLOIS
       w/ MICHAEL HUGO "w/ 1995"
       Contingency Fee Agreements
       Witnessed + Dated by Plaintiff
(# 42) Re:                    + Firm Hugo —

MARGETTA LANGLOIS w/ HUGO +
POLLACK Dated, Witnessed + Signed
w/ and By Plaintiff — w/ HUGO + POLLACK After
                              1995 — NONE

# (43) Re: MARGETTA LANGLOIS w/ HUGO,
       POLLACK + FLANDERS — Witnessed,
       Signed + Dated w/ + By Plaintiff After
       MARCH OF 2004      NONE

D). #43 AND ALL OTHER CONTINGENCY FEE AGREEMENTS FROM 1992-2005 FROM +W/ HUGO TO POLLACK AND FLANDERS.

E). #44 COURT TO COMPEL PRODUCTION OF DOCUMENTS BY 3DEF. ON FILE OF

A) MARGETTA LANGLOIS V. DOW CORNING "INCOMPLETE" FROM HUGO, TO POLLACK + FLANDERS (3/04)

B) MARGETTA LANGLOIS V. DOW CHEMICAL (1998) DISMISSED —

W/ NO KNOWLEDGE OF MARGETTA LANGLOIS TO (A). TRANSFERRED, SOLD, STOLEN, SWITCHED OVER TO POLLACK + FLANDERS TO AQUIRE - FOR "FRAUDULANT LIEN" — (NOT ENTITLED TO) —

(B) W/ NO KNOWLEDGE OF DOW CHEMICAL DISMISSED DUE TO NOT FILED IN A TIMELY MANNER — BY HUGO, POLLACK + FLANDERS IN 99 —

BREAK UP of LAWFIRM of
HUGO — (GOING TO 95 WHARF
COMMERICAL — BOSTON, MASS. 02109)

AND
(POLLACK + FLANDERS TO
50 CONGRESS ST. SUITE
430 — BOSTON, MASS. 0519)

LEAVING D.C. UNDER IMPRESSION
POLLACK + FLANDERS STILL AT 440 COMMERICAL
STREET BOSTON W/ HUGO —
"LIEN" IS "FRAUD" —
THIS WAS WRITTEN AND LIEN
IS "ILLEGAL + INTENT TO DEFRAUD
AND COLLECT FOR AN INCOMPLETE
CASE + NEGLIGENCES —
FILE STOLEN FROM HUGO —

motion HEARING NEEDED TO VIEW
"ALL" CONTINGENCY FEE
AGREEMENTS TO DATE —
A.S.A.P. WITH HUGO
POLLACK + FLANDERS + D.A. CRIMINAL

Motion

To Review All + Non-Attorney's on Record Since Oct 21, 04 Hearing All Pro Se' with <u>No Notice of Appearences on Court Docket</u> RE Plaintiff Samuel Pollack To Represent Attorney Albert Flanders — (2 Hearings "Defaulted" — 10/21/04 + 2/16/05

Once Again 3 Attorneys "Snowballing" Judge Zobel

Once Again Plaintiff Pro Se' Asks for (Requests) A) <u>Defaults + Final Judgements</u> on Albert Flanders for

B) <u>No Appearences 10/21/04 + 2/16/05</u>
C) <u>No Discovery</u> (All) Plaintiff Asks for, <u>NV Provided To Court</u>.
D) <u>No Interrogatories "Unscrambled" By Hugo/Pollack Never Answered To Date — Deadline 1/31/05</u>

For Full Damages of $309,000+

Triple Damages — of $900,000.
w/ Final Judgements +
Defaults w/ No Appeals
* on "Defaults or Extentions —
* Justice Needs to Prevail
And Abide By The Laws!

Motion All —

Discovery from Pollack +
Flanders (How D.C.'s of Entire
Case of Plaintiff was Obtained
"Legally or Illegally"
from Michael Huba w/out Plaintiff's
Knowledge! Contingency Fee
Agreement Written (Letter)
After 3/04 From Pollack + Flanders None
Indeed Had D.C. of Plaintiff's
Entire File — w/ out knowledge
To Obtain An "Illegal"
(Payment) Due To Filing for
D.C. Settlement Monies Thru
"Fraud" And Not Entitled To
Pollack + Flanders Immediately
Fired 4/14/04 For

No Contingency Fee Agreement, 6) Negligence and Incomplete Case-File of Plaintiff to Obtain "Entire File" of D.C. w/ Overabundances of Deficiencies + Dismissals of Dow Chemical case with No Knowledge — Due to Jail and NEVER no notices of any "Status" from 1995 — To Date None on Record ① Nothing Sent to Complete "Dow Corning" and "Dow Chemical Dismissed" 99 —

MALPRACTICE - Gross Negligence of 3(1) on Case - Ineffective counsels of Hugo, Hugo Pollack + Anders

REQUEST - Motions for

* Defaults and Final Judgements on Hugo's for Avoiding to Answer full and "Truth answers in first set of Interrogatories "Not Acceptable Answers" and not Providing all discovery to Court + Plaintiff to Back up False Allegations in

INTERROGATORIES AND TRYING TO DEFAME "CREDIBILITY OF PLAINTIFF TO BE "STUPID" AND INCOMPETANT — ON ALL INTERROGATORIES.

"EXCELLENT QUESTIONS —
HUGO JUST AVOIDING TRUTH w/ UNSCRAMBLED JCRIBBLED!
DEFAMING CREDIBILITY OF PLAINTIFF NOW BUT NOT WHEN HE WAS "ALLEGEDLY REPRESENTING" PLAINTIFF — DIDN'T IN "GOOD FAITH"
PLAINTIFF AMENDS SUIT $300,000 + TRIPLE DAMAGES FOR MALPRACTICE + NEGLIGENCE, + NOT REPRESENTING PLAINTIFF IN HER BEST INTERESTS

*Incomplete* — OVER SEVERAL YEARS AGO LEFT IMPLANT CASE WHEN WHAT YEAR
*To Date* — w/ NO NOTIFICATION + KNOWLEDGE TO PLAINTIFF (DISCOVERY NEEDED)
BROKE UP FIRM — SMART! BUT NOT SO SMART "FRAUD" —

3 OVERZEALOUS ATTORNEY'S
TRYING TO DISSMISS CASE
04 CV. 11588
JUDGE ZOBEL
Anxiously — Depo's on All 3 Def. Needed
(Rd. By Court) — READY for TRIAL w/out Depo's
A.S.A.P. TRIAL By JURY
A.S.A.P.
Plaintiff — w/ ALL EXHIBITS
+ EVID. To prove
CASE Beyond REASONABLE
DOUBT of (3) "GUILTY"
of MALPRACTICE Gross
Negligence of INEFFECTIVE
Counsel w/ A CASE THAT
SMELLS WORSE THAN A
Septic TANK well — "OVERDUE"
w/ 3 ATTORNEY'S TRYING To Collect
+ DEFRAUD D.C. SETTLEMENT
of monies w/ NO REPRESENTATION
of Pollack + Flanders LAW FIRM.
3/04 EVER. Marzetta Taylor's
L.C. D.C. Settlement funds — Pro-se 2/20/05
RE: Lien