Ms. (R.C. U.S.) A-CRIMINAL —
THEFT of FILE w/out Rest of
my KNOWLEDGE FOR
FRAUDULENT
MARGETTA LANGLOIS Pro Se          Re: LIEN TO
                                                  DC
         v.       "EXTORTION"                    JUDGE
MICHAEL HUGO           CASE 04.C.V.11588
SAMUEL POLLACK                   JUDGE ZOBEL
ALBERT FLANDERS —

REQUEST for w/ Amended Suit
MOTION TO SET ASIDE — 04.C.V.11588
OR TO DISMISS Depo's Of Plaintiff
MARGETTA LANGLOIS DUE TO TRIAL BY
JURY - No VALID LEGAL BINDING AGREEMENTS
of CONTINGENCY FEES DUE Hugo Pollack +
FLANDERS — Signed Notarized or
witness w/ MARGETTA LANGLOIS To DATE
(OVER 10 YRS) - No REPRESENTATION of
MICHAEL HUGO + Break up HUGO's
Firm convenient 3/04 + "THEFT" of my D.C.
FILE w/out my Permission To Have
SAMUEL POLLOCK's + FLANDEL'S Possession
w/ out my KNOWLEDGE + AGREEMENT
AND ATT. FIRED 4/14/04
     (To RETRIEVE my D.C. FILE
w/ Deficiencies) To (7/29/04" Accepted
          ONLY By PLAINTIFF — 5/1/0

FILED
IN CLERKS OFFICE
2005 FEB 22 A 11:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILE ENTERED BY 5/4/04 TO D.C.
NOTHING EVER ENTERED DOCKETED
AND STAMPED BY HUGO POLLACK +
FLANDERS — BEFORE 5/4/04
  ONLY INCOMPLETE COPIES TO D.C.
NOT ACCEPTABLE BY D.C. BY 5/1/04
* PLAINTIFF ASKS D.C. JUDGE
  MOTION TO DISMISS LIEN (BY D.C.
JUDGE) ON MY D.C. CASE DUE TO
"FRAUD", THEFT of FILE —
"NO ATTORNEY iN RECORD"
W/ (POLLACK AND FLANDERS) w/ NO
VALID LEGAL + BINDING CONTINGENCY
FEE AGREEMENT EVER
SIGNED DATED OR WITNESSES WITH
PLAINTIFF MARGETTA LANGLOIS TO
DATE OR EVER! (Perjury TO D.C.
BY POLLACK) ATTORNEYS HUGO + POLLACK HAVE
  SNOW BALLED JUDGE WITH
PERJURY See (Claimants Paid Out
TO DATE + NOTICE Proof to Counsels)!
MY CASE WOULD HAVE BEEN PROCESSED tho
IF SUBMITTED CORRECTED OF DEFECT,

I MARGETTA LANGLOIS Am A Victim of Hugo's Pollack's + Flander's Negligence —

I ASK THE Court FOR Plaintiff To Decline Depo's DUE TO WASTE OF Time, money + I Demand To Go To JURY TRIAL —

JUNE 20, 2005
Amended Suit —    9:00 Am —
DUE TO Failures FOR DEFENDANTS To provide All Discovery To Court + Plaintiff will ASK for Full DAMAGES Plus Amending Case ANOTHER $500,000 more ON EACH AND All 3 DEF's FOR DEFAMATION of CHARACTER + SLANDER TO DEFAme + Discredibility of Plaintiff, + make Plaintiff To Appear STUPID. But TRUTHFUL HONESTY — I'M NOT LYING IN JUDGE'S FACE for HUGO + Pollack —

C.C. Hugo Pollack + Flanders
C.C. DC. Judge + File —    Margetta Langlois Pro Sei