MARGETTA LANGLOIS Pro. Se'
V.
MICHAEL HUGO
SAMUEL POLLACK
ALBERT FLANDERS Pro. Se.

CASE 04-CV-11588
JUDGE ZOBEL

FUNDS * FOR TRYING TO EXTORT D.C.
Amended Lawsuit — 04-CV-11588
JUDGE ZOBEL RE: Contingency Fee
FOR TRYING AGREEMENTS — MOTION TO COMPEL
TO EXTORT (D.C. MONIES) EXHIBITS — 40 — 44
EVID. Needed From DEFENDANTS — for
Hugo, Pollack and Flanders —

A). #40 "All Alleged"
Contingency Fee Agreements w/
MARGETTA LANGLOIS WITH
MICHAEL HUGO AND POLLACK — FOR EVID.

B) #41 Contingency Fee Agreement
w/ MARGETTA LANGLOIS WITH
Hugo, Pollack + Flanders' — FOR EVID.

C) #  3 AT 50 CONGRESS ST. BOSTON
       3 AT 441 COMMERCIAL ST. BOSTON
   #42 Contingency Fee Agreements
LANGLOIS w/ POLLACK + FLANDERS FOR EVID.