MARGETTA LANGLOIS - Pro Se

v.

1) MICHAEL HUGO
2) SAMUEL POLLACK
3) AND ALBERT FLANDERS —

FILED
IN CLERK'S OFFICE
2005 FEB 22 A 10:26
04-CV-11588
U.S. DISTRICT COURT
DISTRICT OF MASS. — GE ZOBEL

**UNACCEPTABLE**

**I Court Order:** For motion all 3 Defendants to Answer → 1st. Set of Interrogatories — Avoids Truth on FEBRUARY 15, By Michael Hugo Signed Only, None By

2. Samuel Pollack Answered + Signed, + Dated None on Rec.

3. Albert Flanders, Answered, Dated + Signed, None on Rec.

**II Court Order:**
Motion for Defaults + Final Judgements on *No Interrogatories from Pollack + Flanders — 2/15/05 on Rec.

**III Court Order:**
Motion for Defaults and Final

JUDGEMENTS ON ALBERT FLINDERS
FOR FAILURE TO APPEAR ON
10/21/04 AND 2/16/05 WITH
* NO REPRESENTATION — *NOTICE OF
APPEARENCE W/ NO ATTORNEY ON RECORD IN
U.S.D.C. UP TO 2/16/05 BEFORE JUDGE
ZOBEL — HIS (HABEAS CORPUS)
NEEDS TO APPEAR HE WAS
SERVED BY U.S. MARSHALLS —
PLAINTIFF ASK THE COURT FOR COURT
TO DEMANDS SANCTIONS AND
HIS PRESENCE BE BEFORE ALL
HEARINGS — PRETRIAL & TRIAL
BY JURY W/ NEW CONTINGENCY
FEE AGREEMENTS 1992 – 2005
(BETWEEN PLAINTIFF + POLLACK-
FLINDERS) AND "THEIR ALLEGED LAW FIRM"
AT POLLACK + FLINDERS AT
440 COMMERCIAL ST.
BOSTON, MASS

* FALSE + DISTORTED LIEN IN D.C.
CASE W/ FALSE INFO "ADDRESS"

**IV** <u>COURT ORDER</u> for "<u>ALL</u>"
<u>3 DEFENDANTS</u>

To provide to Court and Plaintiff

All LEGAL, BINDING, NULL AND VOIDED)

1) All "Contingency Fee Agreements" 1995 — To 2005,
2) And All "Previous" "Contingency Fee Agreements" (Null and Voided) Before 1992 – 1995

**V** <u>COURT ORDER</u>

For "Sanctions, Defaults And Final Judgements on All "3" Defendants on Case 04 C.V. 11588 for Perjury, Obstruction

(4)

Justice by 3 Defendants for
1) Negligence of Plaintiff (Victim)
in Case with Dow Corning —
2) Incomplete w/ Notice of 11/18/03
Defeceit Not Corrected
3) Fraud — w/ old Address of
False Lien Def's Not at That Address
on 4/19/04 to Railroad DC Settlement
fund to Not pay Client
(Claimant) Due After 12/31/04
and Before by 6/15/04
to place Fraudulant Lien
on D.C. Case to collect Lien
"Illegally" By Committed By
Def's — "Obstruction of Justice &
Perjury.

V. Court Order for: Defaults
and Final Judgements on
all 3 Defendants if Do Not
Exist — No "Originals" & Copy's
Never Sent to Plaintiff (None
Exist!)

IF NONE SUBMITTED By 3 DEFENDANTS TO U.S.D.C. JUDGE ZOBEL 04 CV 11588 AND TO Plaintiff WITH IN 5 DAYS AFTER NOTICES RECEIVED By Hugo Pollack + Flanders. D.C.

MOTION —

"ALL 3" Need To SUBMIT THEIR ORIGINALS (OWN CONTINGENCY FEES) From 1992 - 2005 w/ Plaintiff's Name in Blue Ink, Dated Binding "Legal" Witnessed by witnesses — + STAMPED into Court with 5 Days To Do So.

* Plaintiff Demands Sanctions on All 3 Defendants For the Fraud Committed (Emotional Stress, Mental Stress, * + Defaming and Slandering Plaintiff's Credibility To Stupid But who's Avoiding Submitting All Discovery w/ Evid Exhibits To Back up Snowballing

## JUDGE w/ LIES!

Plaintiff asks the court to issue all court orders to Plaintiff requests to get this case over w/ TRUTH — AND JUSTICE should be prevailed for Plaintiff not more Injustice —

My Pro Se' Rights have been violated by all 3 defendants with no discovery to date —

### COURT ORDER

### Motion

To GRANT PLAINTIFF ALL Court Orders and Motions

* If no contingency fee agreements do not exist after 1995 and can not be produced

(7)

By "ALL" 3 DEFENDANTS Not
"2" DEFENDANTS —
    D.C. PROOF of D.C. Payments
EVID - Enclosed Perjury
And Snow Balling Judge
w/ stupid lies No Claimants
received monies —
    And I would Have Been
One <s>If The</s> ³Incompetent
Attorney's Had Corrected Defects
by    Entered "Original" (4)
Forms All by 11/18/03
Immediately
    But Never sent In by
5½ mo. Filed —
        So Convenient — That;
1) Their Firm Broke up 3/27/04
2) Judge's Order for payments
    4/1/04
3) "Theft" of my File w/
Signatures, my knowledge or Note
        Break-up of Atty.

(8)

"Quietly" —
 And my file "Stolen, Given over to Hugo's Ex-Associates for "Kick Back". He Told me "He'll Get monies from my Case "Fraudulent Lien" In June 04 my Daughter was with During Conversation w/ Hugo
 They obtained my file "Illegally" w/out my Notice of Firm Break up, whether Hugo, Gave it over, after Break-up, (Stolen), or obtained Court Order it "Illegally" w/out New Contingency fee Agreement w/ Pollack + Flanders
 At  440 Commerical St
           Suite ?
   Boston, Mass. — on Lien w/ false address to obtain Lien Letting D.C. to Believe they existed at that address on 4/19/04 Wrong."

**VII. COURT ORDER** TO PROVIDE COURT AND PLAINTIFF WITH "ORIGINAL" <u>CHANGE of ADDRESS of Pollack + Flanders w/ DATES</u> AND w/ CHANGE OF ADDRESS AT POST OFFICE DUE TO moving ——— By 3 DEFENDANTS — Hugo LEFT Pollack + Flanders Holding my ILLEGAL FILE — (THE UNLOADED GUN)

**VIII. <u>COURT ORDER</u>** — DUE TO "PERJURY" BEFORE JUDGE ZOBEL on 2/16/05 By Hugo AND Pollack For No Knowledge on "D.C." Payments To DATE 2/16/05 How Incompetent of DEFENDANTS EXPRESSING BEFORE JUDGE No knowledge of Payments Especially Pollack + Flanders Still Involved IN D.C. CASES (Well OTHER CASES "Overly Neglected" By Pollack)

Flanders By Hugo Dumping All Clients Cases "Incomplete + Not Filed To S.C. By Hugo Before 12/31/03 His Firm —

Court Order Pollack And Flanders Hugo Need To Show The Court Number of Clients (Not Names Addresses) of (Ex-Clients) The Amount of Their Women Clients Lost Out Due To The Negligence And Incompetance — As Hugo + Pollack + W/Out Flanders Admitted None of Clients Cases "Never Submitted To D.C. Before 12/31/03 Before Judge Zobel Admitted By Hugo + Pollack This is Evil" W/ Held Because

Gross Negligence of "Inneffective Counsel on Michael Hugo (whether involved or not he's getting a kick back) and on all his partners, associates, paralegal Margie and whatever other guy in witness list —

The letter of deficeit was addressed to Hugo & Pollack personally.

To "Correct Deficeit" — & did not —

Justice needs to prevail and not allow plaintiff to make injustice with and by fraud, perjury & negligence, incompetence and malpractice to make

PLAINTIFF'S CONDITION OF HEALTH
"FATAL w/ SILICONE THROUGHOUT BLOODSTREAM" w/ 50 Y.O. Ruptured Implants —
"Pictures w/ Silicone on Record Before Judge Zobel"

COURT ORDER:

Plaintiff asks that Depositions be all set aside due to Contingency Fees Agreements needed be received by the Court within 5 Days — After Receipt of this to Court and to Defendants (NOT 2) all 3 are "Guilty" of all Fraud, Perjury — this is a Gross Miscarriage of Justice by Obstructing Justice for Claimant to obtain her monies legally w/ No Legal Contingency Fee Agreements — "Extort"

NON-EXISTING W/ LANGLOIS
AND POLLACK AND FLANDERS
NONE + NONE EVER —

PUNISHMENT BY THE D.A.
CRIMINAL COURT IS DEEMED
FOR ALL CHARGES TO
DEFRAUD PLAINTIFF + D.C.
OF "ALL" HER MONIES —

* IF PLAINTIFF DID THIS
PERJURY, FRAUD, SNOWBALLING
W/ JUDGE IN FRONT OF FACE
LIES — (I'D BE IN
JAIL) W/ OBSTRUCTING
JUSTICE, + FALSIFICATION (D.C. BY DEF.)
PERJURY + "EXTORTING" + ~~Extorting~~
CLAIMANT'S MONIES "ILLEGALLY" —
W/ NO LEGAL DOCUMENTS (TO
RECEIVE LIEN ILLEGALLY) CASE BE
BOUNDED OVER TO CRIMINAL COURT.
PLAINTIFF ASKS FOR TAPE RECORDER IN
COURT AND ALL '4' BE UNDER OATH. Langlois 2/22/05