FILED
IN CLERKS OFFICE
2005 FEB 22 A 10: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

MARGETTA LAU, Pro. Se;

V

MICHAEL HUGO, 04-CV-11588
SAMUEL POLLACK         JUDGE ZOBEL
AND ALBERT FLANDERS

REQUESTS BY PLAINTIFF
MOTION FOR EVIDENTIARY AND
SUMMARY JUDGEMENT HEARING BEFORE
MARCH 14 Depo's — on
Plaintiff By Defendants —

* NOT AVAILABLE MARCH 7-10, 05

ON NO CONTINGENCY FEES
EVER WITH POLLACK & FLANDERS
BEFORE OR AFTER MARCH
04 BREAK-UP of Hugo's Firm
WITH Plaintiff SINCE 1995
NO CONTINGENCY Fee AGREEMENT
NONE LEGAL BINDING OR
VERBALLY W/ Plaintiff.

THEREFORE MAKING
LIEN ON D.C.S. FT. FRAUD TO
DEFRAUD Plaintiff up till
By OBSTRUCTING JUSTICE —

AND UPHOLDING MONIES WELL DUE TO PLAINTIFF FROM OPERATION BADLY NEEDED OVER 13 YRS. - NOW THAT CLAIMS HAVE BEEN PAID OUT TO CLAIMANTS 6/15-12/31/04 OVER $111,000,000. PLUS UP TO DEC. 31, 04 AND I COULD + WOULD HAVE BEEN ONE OF THEM. -

2) SANCTIONS SHOULD BE DEEMED BY THIS U.S.D.C. BOSTON COURT-MASS. BY JUDGE ZOBEL AND C.C. TO DOW CORNING JUDGE IN RE: TO DISPUTES ON LIEN "FRAUD" INCURRED BY POLLACK + FLANDERS 4/19/04 ILLEGALLY W/ NO CONTINGENCY FEE AGREEMENTS SIGNED, DEED OF WITNESSES W/ MARGETTA LANGLOIS (NEVER). OR TO DATE - 2/20/05 OR BEFORE 3/04 C.C. D.A. - U.S.D.C CRIMINAL FOR OBSTRUCTING JUSTICE - CHARGES FILED WILL BE PROCESSED.

Margetta Langlois 2/20/05

REQUEST By Plaintiff
MARGETTA LANGLOIS
Pro Se
MOTION FOR
"EVIDENTARY HEARING
A.S.AP.
WITH "All Contingency fee
AGREEMENTS: 1995—2005

RE: MARGETTA LANGLOIS Pro Se'
WITH All FIRMS IN HUGO'S
POSSESSION FROM 1995 AND BEFORE
AND TO 2005 TURNED OVER,
TRANSFERRED, GIVEN, SOLD
OVER TO POLLACK AND
FLANDERS W/ WRITTEN
NOTICES SIGNED BY PLAINTIFF'S
KNOWLEDGE OF HUGO'S
FIRM BREAK UP 2/04 BEFORE
"HUGE D.C. CASE SETTLED up
4/1/04 W/ NOTICES TO
All COUNSEL'S
MOTION TO HEAR — W/ FLANDERS
Also for "Lien" TO DEFRAUD McNIEW (ALSO)
FROM DOW CORNING W/OUT CONTINGENCY

Fee AGREEMENTS IN ARGETTA
LANGLOIS'S REPRESENTATION
By POLLACK & FLANDERS
    NONE EVER SIGNED —

<u>REQUEST TO Compel "ANY CONTINGENCY
    FEE AGREEMENTS"</u>
By HUGO, POLLACK AND
       W/ FLANDERS TO PRESENT
NOT APPEARED - TO Be
REPRESENTED By POLLACK —
    No ATTORNEY APPEARENCE
ON RECORD POLLACK REPRESENTING
FLANDERS ONCE AGAIN
"SNOWBALLING" YOUR HONOR
       By POLLACK —
\* SANCTIONS SHOULD Be DEEMED By
    THE COURT FOR
       "SNOWBALLING JUSTICE —
of "DEFAULTS —
    JUSTICE Needs To PREVAIL
FOR Plaintiff NOT MORE INJUSTICE
+ DEFAMATION + SLANDER / Margetta
                          Langlois 2/20/05

<u>HEARING DATES AVAILABLE</u>
<u>FOR EVIDENTIARY</u>
<u>HEARING W/ DISCOVERY</u>

3 DEF) "ALL <u>CONTINGENCY FEE</u>
<u>AGREEMENTS</u>" 3 DEF.
NEED TO SUBMIT TO COURT - D.C.
A.S.A.P. WITHIN 5 DAYS OF
RECEIPT OF LETTER — ! OR
DEFAULTS BE ISSUED !

<u>DATES</u>: AVAILABLE FEBRUARY 28 —
MARCH — 4 - 05. AND APRIL 23-27 —
+ MAY OR JUNE 05 FROM FLA —

AFTER MARCH - 11 — 05 (MOTION FOR
SETTING DEFS ASIDE) "NO GROUND
NONE NEEDED (IF CONTINGENCY
FEES DO NOT EXIST TO DATE -
AFTER 3/04 " BY 3 DEF. TO PROVIDE TO Plaintiff
COURT WITHIN 5 DAYS "ORIGINAL
ONLY AFTER RECEIPT OF THIS SIGNED
BY 3 DEF. BY CERTIFIED MAIL
OR DEFAULTS + FINAL JUDGEMENTS
WILL BE REQUESTED ONCE AGAIN
AND BY LAW SHOULD BE GRANTED TO

Plaintiff MARGETTA LANGLOIS, for All + Triple Damages

And

Amended Suit for Defamation of Slander Plaintiff "Stupid" To Defame Plaintiff's Credibility w/ All Exist Exhibit ———

NONE TO DATE GIVEN By 3 Defendants Hutto, Pollack of Flanders's Appearance Hidden Illegally By Pollack — I would like To meet Flanders He Has "Fraud" Lien on my D.C. Case! Respectfully, Submitted

———

Also Court Order For on Record (Albert Flanders To Make Appearence) w/ Notice of Representation To Plaintiff and Court 10/21/10

Pollack Representing Him —

If his firm "allegedly" has a lien on my case that's not ~~fraud~~ he needs to be ordered by the court to appear or lien should be dismissed immediately —

Court Order — Tape Recorded of Evidentiary Hearing — Plaintiff and 3 Def. and Judge Zobel put all under oath on a tape recorder behind closed doors in Judge's Chambers that Plaintiff and 3 Defendants be allowed tape recorded hearing and both tape recorders be turned on w/ new audio tapes opened by Clerk + placed in recorder to record all

"TRUTH" AND "PERJURY" ON
AUDIO TAPE W/ ALL DISCOVERY
CONTINGENCY FEES AGREEMENTS
Margetta Langlois
pro se
2/20/05 AGREEMENT

1) c.c. D.O.J.T.F. for Lien w/ No Contingency Fee
2) c.c. JUDGE ZOBEL
3) c.c. U.S.D.A. — CRIMINAL
4) c.c. HUGO
5) c.c. POLLACK
6) c.c. FLANDERS
7) c.c. JUDGE D.P. HOOD - D.C. —
8) c.c. JUDGE FRANK ANDREWS

ALBERT FLANDERS Needs FOR APPEARANCE
ON → NO SUCH CONTINGENCY FEES
AGREEMENTS
EVER EXISTED
By MARGETTA LANGLOIS
EX- W/ POLLACK + FLANDERS —
W/ OUT CLIENTS KNOWLEDGE — IN
WRITING FILE OBTAINED BY POLLACK +
FLANDERS