MARGETTA LANGLOIS PRO SE
  v.
MICHAEL HUGO
SAMUEL POLLACK
ALBERT FLANDERS

CASE 04-CV-11588

FILED IN CLERK'S OFFICE   Judge ZOBEL
2005 FEB 22  A 10: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF (Victim)   w/in 1 wk.
REQUESTS TO COURT
PRODUCTION OF LEGAL DOCUMENTS FROM
ALL 3 DEFENDANTS — PHYSICALLY (NOT ≥ ALL 3 DEF.)

* 1). ALL CONTINGENCY FEES AGREEMENTS — New ones
  (AFTER OLD w/ HUGO & DAVID E LEWIS)
  A) w/ Hugo & Pollack, from + AFTER BREAK UP of
  B). w/ Hugo, + Pollack + Flanders up to 3/04  NONE
  C). w/ Pollack + Flanders AFTER 3/04  NONE
  Plaintiff Demands Copy TO COURT WITHIN 1 wk. By all 3 def.
  AND TO DOW CORNING Lien ON LANGLOIS' D.C. Class
  "FRAUDULENT + ILLEGAL" ON 11/18/04
  NO SUCH AGREEMENTS w/ HUGO, POLLACK + FLANDERS
  or POLLACK + FLANDERS
                                     EXHIBIT #17

* 2). Deficiencies — NEVER CORRECTED BECAUSE
  11/18/03 THEY WERE NOT "LEGAL LAWYERS ON RECORD
  w/ OLD CONTINGENCY AGREEMENTS of
      HUGO CONWAY + CROWLEY + (HUGO
  BEING OUT OF THE IMPLANT CASE FOR SEVERAL
  YEARS HE STATED) My CASE COULD NOT BE
  SUBMITTED BY only HUGO (CONWAY + CROWLEY) GONE
  FROM FIRM — SINCE WHEN? WHAT YEAR
                                     EXHIBIT #10

* 3). LETTER OF DEFICIENCIES IGNORED why?
  BY ALL 3 DEF. TO LOSE CASE      EXHIBIT #10
      TO HUGO + POLLACK
          RE: MARGETTA, HUGO, + POLLACK

* 4). Booklet ENTERED AS EVID. FOR TRIAL w/6
                    ____ TO CORRECT — THAT'S MY

CORRECT ADDRESS WAS NOT GIVEN TO 10 A)
DOW CORNING — P.O. Box 3091 Holiday, FLA —
34690 — SO THEY COULD NOT GET ME TO 30
Days TO APPEAL (CASE LOST BY HUGO, POLLACK,
+ FLANDERS) — AND NO ONE WOULD KNOW
ABOUT "DEFICIENCIES IN MY CASE IF I HAD
NOT FIXED THEM 4/14/04
BUT DID NOT HESITATE TO PUT LIEN ON
IMMEDIATELY W/ NO CONTINGENCY AGREEMENTS
FOR FEES — NEVER SIGNED BY PLAINTIFF
AFTER 3/04 BREAK-UP of HUGO + POLLACK —
FRAUD PERJURY OBSTRUCTION OF
JUSTICE FOR PLAINTIFF NOT TO ONLY LOSE CASE
BUT W/ HOLD MONIES LEGALLY DUE HER, WITH
ILLEGAL, FRAUDULENT LIEN — BY NU 3 DEF.
PUT ON BY HUGOS' EX-PARTNERS POLLACK +
FLANDERS W/ A KICK BACK TO HUGO, HE TOLD
ME IN JUNE, W/ MY DAUGHTER AS WITNESS HEARING
HIM SAY HE'LL GET SOMETHING OUT OF IT —
HUGO — HE ALSO COMMITTED "PERJURY" BEFORE JUDGE
ZOBEL ALONG W/ POLLACK ON 2/16/05 W/ NO
PAYMENTS TO CLAIMANTS + NEVER INFORMED OF
PAYMENTS TO THEM ON JUNE 15, 04 — SUCH
"COMPETANT LAWYERS TO LIE IN FRONT
OF JUDGE ZOBEL'S FACE "PERJURY" ALONG W/
POLLACK'S PERJURY — EXHIBIT # 37 FOR TRIAL —
3 PAGES + COVERSHEET

* 5) NO ATTORNEY STONE + POLLACK ON RECORD"
TO DATE AT U.S.D.C. — CIVIL FOR CASE 04-CV-11588
BEFORE ZOBEL — REPRESENTING ATTORNEY
ALBERT FLANDERS WHO "DEFAULTED + AVOIDED
APPEARENCES 10/21/04 + 7/16/04 SERVED BY
U.S. MARSHALLS

6). MOTIONS FOR DEFAULTS AND SUMMARY JUDGEMENTS ONCE AGAIN ASKED FOR 3) Plaintiff Pro Se (Victim) on ALL 3 FOR

A). FRAUDULENT LIEN ON D.C. w/ NO CONTINGENCY AGREEMENT fees (LEGAL OR BINDING) From 1995 — 2/20/05 w/ ANY of 3 AT Time BEFORE AND on 4/19/04 Lien Placed Illegally on D.C. CASE —

B). MALPRACTICE — w/ Deficiencies NEVER CORRECTED within 5½ MO IGNORED w/ LETTER, w/out Client's Knowledge, No Copy Sent To HER — by 3 Def —

C). Perjury — BEFORE JUDGE ZOBEL — ON 10/21/04 JURISDICTION AND CASE WORTH UNDER $54,000 — EXHIBIT # 26 B EVID. 1995 By Hugo

D). Perjury By Hugo + Pollock (Extortion) No monies claimants got — once again "Negligence" + Not Filing IN A Timely manner (my Name was filed By ORIGINAL 1ST LAWYERS) NOT HUGO, POLLACK OR FLANDER'S

E). SLANDERING + DEFAMING Plaintiff's Prison SENTENCE NOT RELEVANT TO CASE 04 C.V. 11588 — JUDGE ZOBEL — + PERJURY ABOUT Client's ABILITY TO follow Dow Corning CASE — I HAD 5/1/04 my CASE in my possession + Same Day I copied + Sent To D.C. By 5/4/04 Approved + Accepted By me on 7/29/04 + Not BEFORE 5/1/04 BY ALL 3 ATTORNEY While BUT ONLY TO BRING OUT PRISON SENTENCE I CALLED HUGO 1ST + LAST TIME SINCE 1998, THEN IN JUNE 04 WHEN FIRM Broke up due to their "Negligence" Nobody's CASE Filed w/ "D.C."

ONCE AGAIN before Judge 4) Zobel and Clerks — she asked Hugo & Pollack they're after me at the bottom of D.C.'s list.

Before "ORIGINALS" NEVER SENT IN TO D.C. 12/31/0_ By Hugo & Pollack on record before Judge Zobel on 10/21/04 she asked them. — ONCE AGAIN

Malpractice Incompetance, Pure Negligence and "Obstructing Justice w/ Perjury on No monies paid out to claimants or/and No Newsletters to all attorneys Hugo, Pollack, & Flinders — To date of settlement once again before Zobel on 7/16/05 Trying to extort of D.C. monies illegally $100/Kickback Plaintiff Asks for final Judgements on all 3 Def. Hugo $300,000 + Triple Damages and for obstructing justice for Client's loss of use of monies to date and thereafter and preventing badly needed operation well over due on 20 yr. old Implants to Explant. - Being Head of Law firm to 3/04 he was written to D.C. by & for "Deficiencies" with "Hugo & Pollack") NEVER HAD anyone in office "correct" it by sending "originals + file of Evid. into D.C. for payment June 15th 04

All evid. submitted to Hugo by me — NEVER applied to anywhere Hosp. or anywhere why not — #) Samuel Pollack — for "Fraudulent Lien" to stop Client's case from being processed w/ His name on "deficit letter 11/18/03 Also Perjury in front Zobel - No Client's P.B. (Yeah none of this is but others who had competant lawyers. Obstructing Justice from Client receiving monies for operation w/ illegal lien + No contingency fee agreement before or

AFTER 10/4 TO PROVIDE TO JUDGE ZOBEL + PLAINTIFF ON CASE 04 CV 11588 AND TO D.C.'s LIEN WITH 1 WK. AFTER 2/20/05 BY-CERTIFIED MAIL BY FLANDERS, POLLACK + HUGO— IF NOT *FINAL JUDGEMENTS AND *DEFAULTS ARE REQUESTED AND SHOULD BE GRANTED FOR FULL AMOUNT OF $300,000. + TRIPLE FOR DEFAMING + SLANDERING PLAINTIFF'S CREDIBILITY BEFORE JUDGE ZOBEL W/ PLAINTIFF HAVING ALL DISCOVERY + DEFENDANTS FAILURES TO PROVIDE

(1) ALL DISCOVERY STAMPED + DOCKETED BY DOW CORNING BEFORE "4/14/04" (NONE) TO DATE JUDGE + PLAINTIFF'S REQUESTS NUMEROUS TIMES— AND FAILURE TO ANSWER INTERROGATORIES BY PLAINTIFF

3). ALBERT FLANDERS FAILURE TO APPEAR ON 10/21/04 AND 2/16/05 AND NO ATTORNEY ON RECORD ON COURT DOCKET TO DATE OR PLAINTIFF OR JUDGE HAS COPY TO DATE (SAMUEL POLLACK'S REPRESENTATION IS NULL + VOID W/ ATTORNEY OF RECORD FOR ALBERT FLANDERS) ALSO FAILURES TO ANSWER INTERROGATORIES RE: DEFICIENCIES + FRAUDULENT LIEN ON D.C. CASE—

DEFAULTS FOR 2 NON APPEARANCES ON REC W/ ALLEGED COUNSEL — NONE ON RECORD IN COURT AND FINAL JUDGEMENTS OF $300,000. + TRIPLE DAMAGES— FOR PAINS + SUFFERINGS AND * LOSS OF USE OF D.C. MONIES TO DATE AND THEREAFTER TIL SETTLED LOSS OF OPERATION — (OVER 2 YEARS ON) IMPLANTS

4 THE PLAINTIFF PRO SE HAS BEEN "VIOLATED HER CIVIL RIGHTS" PRO SE TO DATE - WILL BE KNOWN BAILEY + WHITE

WATNES BY 3 DEFENDANTS —
AND PLAINTIFF ASKS FOR THE
JUSTICE DUE HER —
NOT MORE INJUSTICE —
ALREADY DONE — TO PLAINTIFF
"VICTIM"

1) C.C. HUGO,
2) C.C. POLLACK
3) C.C. FLANDERS +
   HIS PRESENCE IS
   DEMANDED IN COURT
   IN TRIAL 6/20/05 +
   PRETRIAL 6/9/05
   + DEPO'S —

EVID EXHIBITS —

Respectfully
Submitted
Margetta Langlois pro se
2/20/05

10, 14, 15, 17, 26B. (37 A B C D E F)
11 PGS OF EXHIBITS TO PROVE
PERJURY GROSS NEGLIGENCE OF
INEFFECTIVE COUNSELS — (3 DEF) ON LIEN AND CASE
04 C.V. 11588 TO G. ZOBEL ALSO "OBSTRUCTION OF
JUSTICE (NO LEGAL + BINDING CONTINGENCY FEE
AGREEMENTS SINCE 1995 W/ CONWAY, CRONIN + HUGO)
NOW AFTER 3/04 BREAK UP OF HUGO'S FIRM — TOTALLY
ILLEGAL LIEN ON D.C. — MALPRACTICE — MALICE —
INTENT FOR CLIENT TO LOSE CASE — DEFAMING + SLANDERING
PLAINTIFF'S CREDIBILITY — BEFORE ZOBEL

4) C.C. U.S.D.C. CRIMINAL FOR ALL CRIMINAL ACTIONS OF DEF.
5) C.C. (D.C. JUDGE(S) P. HOW.) + FOR LIEN + FOR FILE
"ASAP TO "DISMISS" ILLEGAL FALSE
FRAUDULANT LIEN (W/NO FEE AGREEMENTS)

(11) DUE TO BREAK UP OF HUGO + POLLACK
3/04) NO NEW CONTINGENCY FEE
AGREEMENTS EVER SIGNED SINCE 1995
TO PRESENT MAKING POLLACK + FLANDERS ON

# SFDCT

SETTLEMENT FACILITY
DOW CORNING TRUST

RECEIVED
JUN [illegible] 200[illegible]
SFDCT-Mailroom

P.O. Box 52429
Houston, Texas 77052

Telephone 713.874.6099
866.874.6099

11-18-03

0661763

MargettaHugo & Pollack
440 Commercial
6th Floor
Boston, MA 02109

*EXHIBIT 9*

Re: Submission of Claim Form Copy
Claimant Name: Margetta Langlois

Dear Hugo & Pollack:

The Settlement Facility –Dow Corning Trust has received your submission of your Claim Form copy. We are unable to process your claim since we require the original Claim Form for processing. We are enclosing another Claim Form packet for you to complete and submit the original forms. If you submitted medical records along with your Claim Form, we are returning a copy of those records in order for you to complete the Claim Forms.

If you have questions or concerns, please call Claims Assistance toll-free at (866) 874-6099. THEY NEVER CALLED

Sincerely,

Claims Assistance Program
Settlement Facility – Dow Corning Trust

For assistance or questions call the Claims Assistance Program at 1.866.874.6099 toll free or go to www.sfsettlement.com or the internet

Letter Code B350 created 06-09-03

*Handwritten annotations:*
- NEVER GOT THESE 11/03
- Know is it's Signed & Dated 9/23/03
- order is 1-5
- See pages to "LATASHA"
- "HERE'S CA" I SENT 4 ORIGINALS "OK FINDS" To You
- 11/30/03
- BUT YET ORIGINALS YOU HAD I MAY 9/03 DATED 9/23/03
- Copies of "ORIGINALS" I SENT for GOD TO BOB LAWYER D.D. ONLY 5 LAW FIRMS

# P|F| POLLACK & FLANDERS
ATTORNEYS AND COUNSELLORS AT LAW

June 21, 2004

*VIA FIRST CLASS MAIL*

Margetta Langlois
P.O. Box 3091
Holiday, FL 34690

Re: Dow Corning Settlement

Dear Margetta:

This letter is in response to the concerns that you have expressed to the Bar Counsel Office.

Our office had previously registered your Dow claim. You were timely registered in the Dow Corning Settlement as evidenced by our receipt of your Claim Forms and labels. Please find enclosed a copy of your Claim Form labels for your reference. In our correspondence to you, we requested that you forward the original Claim forms to us. Please find enclosed a copy of our letter for your reference. In addition, in numerous conversations with my paralegal, Margie Primero-Allen, she specifically told you that we would review the Claim forms and then submit them, along with your medical records, to the Dow Corning Settlement Facility on your behalf. However, you subsequently removed us as your attorney of record and we promptly forwarded your entire file, including your original Claim Forms, to you at your request.

We understand that you have received a notice from the Dow Corning Settlement Facility regarding a deficiency in your claim. This deficiency relates to your submission of copies of your Class 5 Claim forms. The Settlement Facility requires the original Claim Forms. In order to correct the deficiency in your claim, you must submit your original Claim Forms, which were enclosed in your file. If you have misplaced your original Claim Forms, you can contact the Dow Corning Settlement Facility at 1-866-874-6099 to request another Claim Form packet. After you submit your original Claim Forms to the Settlement Facility, they will notify you of the next steps in the claims process.

Sincerely,

Samuel M. Pollack/mpa
Samuel M. Pollack, Esq.
Cc: Bar Counsel

Encl.

"RECEIVED"
JUN 2 3 2004
ATTORNEY & CONSUMER
ASSISTANCE PROGRAM

Pollack & Flanders, LLP • 44 Commercial Street • Suite 200 • Boston, MA 02109
Tel: 617-_____ • Fax: 617-_____ • www.pollackandflanders.com

[Handwritten annotations throughout margins include: "updated address by Plaintiff"; "EXHIBIT 14"; "my ORIGINAL forms in my file in C/O Nov 60s fired 4/14/04 by me + Pollack must 5/1/04 with — Why should I have to send them into D.C.?"; "pure gross negligence / malpractice"; "Lien on notes appear to case? lose case H.L."; "my Name (WRONG ADDRESS 6 YRS) on D.C. records"; "★"; "CASE WAS NOT complete"; "ST. but 6/8"; "was problems case could not be process when I fire papers 5/1/4"; "Received my file 5/1/04 — I sent my originals in 5/4/04 myself — M.L. 5/1/04"]

# Law Office of
# Conway Crowley & Hugo, P.C.

*[handwritten: EXHIBIT 15]*

January 5, 1995

Margetta Langlois
c/o 27 Darren Rd.
Dracut, MA 01826

Dear Margetta:

*[handwritten margin note: I have supplied all appropriate medical reports updated. Nothing internal by other M.L.]*

As we discussed, I have enclosed the following items from your file:

1) An envelope with 10 color pictures that you provided showing the rash that appeared on your back;

2) A copy of two memos dated 12/16/93 and 11/24/93 that detail how you discovered you had silicone and not saline implants; and,

3) A copy of Dr. Dibble's report on his meeting with Carol Belmonte, with your notes on the bottom.

There are no copies of the photographs. Please ask your attorney to retain possession of them in the event that they are needed.

*[handwritten: Do you need pictures of Rash in color]*

Sincerely

John M. Flynn
Paralegal

enc.

*[handwritten: M.L. (727) 514-3457 M.L.]*

Kevin P. Conway • William J. Crowley • Michael R. Hugo

Of Counsel: David E. Lewis • Ronald C. Homer • Stephen J. Kiely • Samuel M. Pollack
4 Faneuil Hall Marketplace • Boston, MA 02109
(617) 973-9777 • FAX (617) 589-0789



Exhibit 17

# CONTINGENT FEE AGREEMENT

Michael R. Hugo, Esq.
David Emanuel Lewis, Esq.
4 Faneuil Hall Marketplace
Boston, MA 02109

I, Margetta Langlois, of Tarpon Springs, FL hereby retains David Emanuel Lewis and Michael R. Hugo to perform the legal services mentioned in paragraph (1) below. The attorneys agree to perform faithfully and with due diligence. This agreement supersedes any agreement for legal services made prior to this date.

(1) The claim, controversy, and other matters with reference to which the services are to be performed are the recovery of damages arising out injuries related to silicone breast implants.

(2) The contingency upon which compensation is to be paid is the collection of monies following settlement in favor of the client or a verdict in favor of the client on the claim or claims set forth in paragraph (1) above.

(3) The client is not to be liable to pay compensation otherwise than from amounts collected for him/her by the attorneys.

(4) Reasonable compensation on the foregoing contingency is to be paid by the client to the attorneys, but such compensation (including that of any associated counsel) is not to exceed Thirty-three and One-third (33 1/3%) of the gross proceeds if there is a settlement in favor of the plaintiff on the claim or claims set forth in paragraph (1) above prior to or following the filing of a complaint and before a trial; and not to exceed forty (40%) of the gross proceeds if there is a verdict in favor of the plaintiff at the conclusion of a trial on the claim or claims set forth in paragraph (1) above or a settlement reached during the trial.

(5) The client is in any event liable to the attorney for reasonable expenses and disbursements. The client will be given prior notification of expert witness fees or any other extraordinary expenses.

This agreement and its performance are subject to General Rule 3:05 of the Supreme Judicial Court of Massachusetts.

I HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT.

_____
Margetta Langlois, Client

_____          _____
David Emanuel Lewis                 Michael R. Hugo

I ACKNOWLEDGE RECEIPT OF A SIGNED COPY OF THIS AGREEMENT THIS ____ DAY OF _____, 1994.

_____
Margetta Langlois

[Handwritten annotations: "FIRM BROKE UP w/ NO NOTICE 'TIL I GOT HOOKED TO POLLOCK" "NO NEW FEE AGREEMENT EVER SIGNED CASE WAS INCOMPLETE ALMOST LOST"]

# Law Office of
# Conway Crowley & Hugo, P.C.

February 14, 1995

[By Fax]

Mr. Nat Hamberger

    RE:    Margetta Langlois

Dear Mr. Hamberger:

    As we discussed today, this firm represent Ms. Langlois in a product liability claim. Ms Langlois claim is potentially worth $100,000.00 to 300,000.00; although until the final number of participants is determined we cannot be totally sure. We have every hope that payments will begin late this year, but, as I told you, there are no guarantees as to time or the amount of payment.

                         Sincerely

                         John M. Flynn
                         Paralegal

enc.



[Handwritten annotation: "What happened to this firm? No contingency fee agreement after PBrise"]

[Handwritten: "26B"]

Kevin P. Conway • William J. Crowley • Michael R. Hugo

Of Counsel: David E. Lewis • Ronald C. Homer • Stephen J. Kiely • Samuel M. Pollack
4 Faneuil Hall Marketplace • Boston, MA 02109
(617) 973-9777 • FAX (617) 589-0789

**STAPLES copy&print center**   Exhibit 31   **Complimentary Fax Cover Sheet**

265 Chelmsford Street
Chelmsford, MA 01824
Phone (978) 256-1828
Fax (978) 256-2361

To: RASHUNDA — c/o Dow Corning — Claims Assistant

Fax #: (1) 713-874-5309

Date: 2/18/05

Number of Pages (Including Cover): 1

From: Margetta Langlois
P.O. Box 3091
Holiday, FL 34690
(727) 514-3857
S.S. 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

Phone #: (978) 256-2361

☑ Urgent  ☐ Confidential  ☐ Confirm Receipt

Reply Fax #: (978) 256-2361

Message: Need print out w/ w. Dow Corning Settlement Comm —
1) w/ update of women paid out to date 2/18/05
2) w/ update of monies paid out to claimants — to date 2/18/05.
3) What frame of time being processed by 2/18/05 — Margetta Langlois

2/18/05

UPS

Staples Copy Centers also offer these additional services:
- High Speed Black and White Copying
- Binding Services
- Custom Printing
- Digital Color Copying
- Laminating Services
- Custom Checks & Forms
- Convenient Self-Serve Copiers
- Custom Stamps & Engraving
- Personalized Calendars

**IMPORTANT**

Staples is not responsible for the content of this facsimile. Our customers are cautioned against sending confidential or sensitive personal information via facsimile. Staples is not responsible for misdirected facsimiles. If you received this

EXHIBIT 37B

TRANSMISSION VERIFICATION REPORT

```
TIME  : 02/18/2005 2:23
NAME  : STAPLES1509
FAX   : 9782562361
TEL   : 9782561828
```

```
DATE,TIME          02/18 12:22
FAX NO./NAME       17138745509
DURATION           00:00:33
PAGE(S)            01
                   COVERPAGE
RESULT             OK
MODE               STANDARD
                   ECM
```



**STAPLES copy&print center**
265 Chelmsford Street
Chelmsford, MA 01824
Phone (978) 256-1828
Fax (978) 256-2361

**Complimentary Fax Cover Sheet**

To: RASHUNDA —
c/o DOW CORNING —
Claims Assistant —

Fax # (1) 713-874-5509

Date: 2/18/05

Number of Pages (Including Cover): 1

From: MARGETTA LANGLOIS
P.O. Box 3091 —
Holiday, FL. 34690 —
(727) 514-3957
S.S. 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

Phone # (1 978) 256-2361

☑ Urgent  ☐ Confidential  ☐ Confirm Receipt

Reply Fax #: (978) 256-2361

Message: Need print out W/W W. Dow Corning Settlement Comm —
1) w/ update of women paid out to date 2/18/05
2) w/ update of monies paid out to claimants — to date 2/18/05
3) What

# SF-DCT

## facsimile transmittal

Exhibit 37

To: Margetta Langlois  Fax: 978.256.2361
From: SF-DCT (CAP)  Date:
Re: Effective Date  Pages:
CC:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE: § CASE NO. 95-20512
§
DOW CORNING CORPORATION § (Chapter 11)
§ Judge Denise Page Hood
DEBTOR §

**ORDER AUTHORIZING PAYMENT OF FIRST PRIORITY PAYMENTS
PURSUANT TO AMENDED JOINT PLAN OF REORGANIZATION**

The Court having entered an order on April 2, 2004 establishing June 1, 2004 as the Effective Date for the Amended Joint Plan of Reorganization, and the Independent Assessor having advised the Finance Committee and the Court that it has no objection to the payment of Allowed Claims currently pending with the Claims Administrator, and the Plan Proponents having moved, on behalf of the Finance Committee, for entry of an order, pursuant to Settlement Facility Agreement § 7.02(a)(iii), authorizing distribution of First Priority Payments,

IT IS HEREBY ORDERED THAT:

1. The Finance Committee is authorized to direct the Trustee to make First Priority Payments with respect to Allowed Claims, and such other payments as are authorized or required under the Plan or Plan Documents, beginning on the Effective Date and continuing until further order of the Court, consistent with the requirements and procedures set forth in the Joint Plan and other governing Plan Documents.

Denise Page Hood
United States District Judge

Dated: MAY 20 2004

EXHIBIT E
37

February 7, 2005

Approximately 145,000 women have filed a Proof of Claim in Dow Corning's bankruptcy proceedings alleging that they have or had a Dow Corning breast implant. Overwhelmingly, 99.5% elected to resolve their claim in the Settlement Option, with less than ½ of 1% of breast implant claimants who "opted out" to pursue litigation. Only a part of the 145,000 have submitted claims to the Settlement Facility to date, and there is information below about the processing of those claims.

In June 2004, the claims office began issuing payments to claimants. To date, 14,807 checks have been issued to claimants ranging from $2,000 - $250,000 per claim (see breakdown by class below). Earlier this year the Finance Committee, Claimants Advisory Committee and Dow Corning Representatives were informed of some delays in processing. A review is currently underway to identify improvements so claims in Classes 5, 6.1 and 6.2 (Dow Corning breast implant claims) may be processed and paid more rapidly. Claims in Classes 7 and 9 will be paid after the June 2006 deadline for submission of these claims as set forth in the Plan documents.

The claims examination process begins with a review for proof of manufacturer. Proof of manufacturer reviews through 12/31/04 show the following:

- 54,071 proof of manufacturer claims were submitted
- 43,044 of these claims have been processed
- 35,598 or 83% have been determined to have acceptable proof of an eligible implant

Once a claimant has established acceptable proof of an eligible implant, claims for Explant, Rupture, and Expedited Release or Disease are reviewed. The most current results for claims paid through December 31, 2004 are provided below.

| Claim Category | Number of claims paid through 12/31/04 | Total $$ paid in category Through 12/31/04 |
|---|---|---|
| Expedited Release | 5,917 | $11,589,079.81 |
| Explant | 4,670 | $23,042,224.14 |
| Rupture | 2,689 | $53,627,616.98 |
| Disease | 1,531 | $23,464,348.96 |
| Total | 14,807 | $111,723,269.90 |

The website for claimants to review the status of their claims is currently being tested and should be available by the first of next month. The feedback from those testing has been very positive. Comments include:

"I think it is really cool."
--*Atlanta, GA attorney representing a number of claimants*
"We have found it very useful."

*[handwritten: I could have been one by 12/31/03]*

DSMDC.1880029.1

*EXHIBIT F*
*37*

*--Louisiana law firm representing a number of claimants*
"The information provided was what I would call Claims Assistance about."
*--Unrepresented claimant*

<u>Claimants and counsel may begin requesting passwords immediately so that the Settlement Facility may provide that information as well as user instructions. The request must be in writing and each user must provide their e-mail address. Once the e-mail request is received, claimants and counsel will be provided a password by e-mail.</u>

DSMDB.1880029.1