1)

MARGETTA LANE      Pro Se
   V.                                  04-cv-11588
MICHAEL HUBO
SAMUEL POLLACK              JUDGE ZoBel
ALBERT FLANDERS

FILED
IN CLERKS OFFICE
2005 FEB 28 P 2:30
U.S. DISTRICT COURT
DISTRICT OF MASS

Plaintiff

REQUESTS COURT ORDERS

1) COURT ORDER FOR ATTORNEY ALBERT TO APPEAR DUE TO FAILURE TO APPEAR ON 10/2/04 AND 2/16/05. HE REPRESENTS HIMSELF NOT BY POLLACK.

2) COURT ORDER TO Compel By "All 3 ATTORNEYS" TO ANSWER + RE-Answer 1st. full set of INTERROGATORIES AGAIN
A) By Michael Hubo "Incomplete"
B) NONE By Pollack — TO DATE.
C) NONE By FLANDERS — TO DATE.
TO Answer All QUESTIONS + IN

2)

FULL DETAILS W/ PROOF OF EVID. NOT VAGUE AND AVOIDING TRUTH — AS

① MICHAEL HUGO ANSWERED
② POLLOCK SENT OUT TO HIMSELF + 2 COPIES TO LOWELL — WHO ANSWERED, WHO MAILED, WHO CONSPIRED, + COLUSION TO ANSWER "Incomplete AND NOT ACCEPTED BY PLAINTIFF — SOME ANSWERS "IRRELAVANT #8 — BUT WE WILL GO ARREST (JAIL) AS CAN TO AUG 1984 I CAN BUT HE AVOIDED NONE AFTER —

3) COURT ORDER TO Decline By PLAINTIFF-DEPO'S DUE TO STRESS + 
A.) UNDER DOCTOR'S CARE 9/99 — TO NOW
2/7/05 + EVERY MONTH — ALL ON RECORD w/ DR. JOSE TURCO —

B) LIST of PRESCRIPTION DRUGS SINCE 1999 — + SINCE 1990-97
(JAIL 97-99) — ENCLOSED ALL ON REC.
a). BIPOLAR SINCE 1997 — TO NOW WHILE IN JAIL w/ MURAL O.

3)

DECESION OF JUDGE ON J.S.W.B.
CASE — IN BOSTON, MASS
1/29/04

D.) ANXIETY, BIPOLAR, DEPRESSION, HIGH WITH—
STRESS - MENTAL STRESS, EMOTIONAL
STRESS SEVERE HEADACHES
FOR 2 WKS. STRAIGHT,
CATSCAN I'm waiting for —
ALL ON REC; If 3
ATTORNEYS HAD READ — my
Medical REPORTS — on COURT
RECORD — EVID —
BIPOLAR I INCURRED WHILE BEING
IN PRISON 2 yr. 1 DAY ILLEGALLY
+ SOLD OUT BY my
ATTORNEY JOHN C. McBRIDE
HE w/ HELD CRUCIAL EVID
TO FIND ME "NOT GUILTY."

4) COURT ORDER
DOW CORNING'S LETTERS, NEWSLETTERS
TO HUBO POLLACK + FLANDERS —
11/18/03 — 4/19/04 ON my

4)

CASE AND of ALL SETTLEMENTS
(HEARING)

5) COURT ORDERS OF 3 ATTORNEYS
ALL CONTIGENCY
FEES — SIGNED BY
① MARGETTA LANGLOIS
   W/ HUGO, CRONIN + CROWLEY
② W/ FLANDERS + POLLACK
   OR
   POLLACK + FLANDERS

6) COURT ORDER ON STATEMENT
   BY HUGO HEAD of
   (HUGO AND POLLACK)
   I NEVER SIGNED ON WITH
   HUGO + POLLACK — WHAT BREAK-
   UP - HAPPENED TO CRONIN + CROWLEY?

7) COURT ORDER of CONTIGENCY (ALL)
   W/ FEE AGREEMENTS WITH
   HUGO + POLLACK — SIGNED
   + DATED — BY ME + WHEN —

Plaintiff asks the Court to consider perjury & Fraud — Defaults, & Final Judgements on Defendants for lying under oath. —

An (3) Need to appear at all Hearings. (An 3rd) Have a Lien on my Case. —

No Acceptions.
They are Violating my Pro. Se' Civil Rights & Trying to Defame and Slander Plaintiff w/ All Evidence —

8) Court Order
Motion: for All Evid To Be Completed For D.C. For Trial on June 20, 2005 — 9:Am — To Be Turned

OVER WITH ALL "EXHIBITS"
W/ PRODUCTION of ALL
DOCUMENTS TO PLAINTIFF BY
MARCH 14, 05.

I SIGN UNDER THE PAINS +
PENALTIES of PERJURY,

MARGETTA LANGLOIS —
Pro-Se
2/18/05

PLAINTIFF ASKS THE COURT TO CONSIDER
SANCTIONS FOR PERJURY AND
WITHHOLDING "CRUCIAL" EVID.
TO PROCESS CASE OF PLAINTIFF
+ OBSTRUCTING JUSTICE BY ALL
3 DEFENDANTS, +
    THATS WHY LAWFIRM BROKE
    UP AND FRAUD ON D.C
CASE ("Lien") W/ NO NEW
CONTINGENCY FEE AGREEMENT —
LANGLOIS W/ FLANDERS + POLLACK /
    POLLACK + FLANDERS —

All Clients' cases of Huto, Pollack, & Flanders NEVER SENT IN — but women have collected w/ Enclosed Evid. to 10/04

Enclosed by Plaintiff on Rec. Before Judge Zobel & Clerks they admitted on 10/21/04 & 1/6/04 No women got settlements. Here's Evid. + Doc to Def. 3 Attorneys still not reviewing website knowingly & willfully lying & committing perjury before Judge Zobel & to defame Plaintiff ("Victim") of Gross Negligence of All 3 Ineffective Counsels still Ignore that facts "Settlements Pd. out.