U.S.D.A. CRIMINAL

MARGETTA LANGLOIS pro. se

V.

MICHAEL HUGO —
SAMUEL POLLACK —
ALBERT FLANDERS

FILED
CLERKS OFFICE
FEB 28 P 2:30
U.S. DISTRICT COURT
DIST. OF MASS.

04-CV-11588

JUDGE ZOBEL

①

RE: ALBERT FLANDERS
REQUESTS FOR PRODUCTION
OF ALL DOW CORNING DOC. AND

1) DEPOSITS AND FINAL JUDGEMENTS ON

A) ALBERT FLANDERS — FOR FAILURES SERVED
TO APPEAR ON 10/31/04 + 2/16/05 BY
US MARSHALLS BEFORE JUDGE ZOBEL — WITHOUT
NOTICE TO APPEAR AS COUNSEL
SAMUEL POLLACK TO REPRESENT

B)  ALBERT FLANDERS:
FALSE AND FRAUD US TAX LIEN
W/ D.C. FILE CASE — W/ NO
CONTINGENCY FEE — AGREEMENT
EVER SIGNED BY MARGETTA LANGLOIS
1993 — 05

C) NO DISCOVERY TO DATE 2/28/05
STAMPED BY D.C. — I DO NOT KNOW

(2)

Who Albert Flanders is, he needs to w/draw lien on D.C. due to fraudulent + illegal lien + deficit in my D.C. + (theft) stealing my file from the offices of:
Cronin, Crowley, + Hugo —
1993 — Signed on with —

D) No Contingency AGREEMENTS ~~Fees~~ with (Law Firm M. Cittel, Hugo, Pollack + Flanders) or Flanders + Pollack or Pollack + Flanders.

E) Failure to provide to court "All" Discovery Plaintiff has asked for — Production of Documents by Defendants — to D.C.

7) Violation of Pro Se Plaintiff's Civil Rights — Abusing Plaintiff's Pro Se Rights by perjury

8) Plaintiff asks for proof of

③

Contingency fee Agreement with Law firm - & Signed by Plaintiff Flanders & Pollack/
Pollack & Flanders without "Ex-Client" of Cronin, Crowley & Hugo's knowledge -
Took my file Illegally + Refusal of phone calls Back to Plaintiff -

9). Whereas Flander's can not Receive Clients file - without New Contingency fee + Not filing case without Plaintiffs Clients knowledge
File: It can not Be Given Over, Sold out, Stolen, Transfered over to Flanders and Pollack From Hugo, Crowley, & Cronin -

10). When did Crowley & Cronin w/ draw from Hugo?

11). Plaintiff is "Denied" Due Process to ask + Receive Questions Answered by Defendants if Defendants Do Not:

Appear +
File Answers —
Flanders is Not Nor Has Been Represented on Rec. of Court By Pollack or Hugo —

12). Therefore Plaintiff asks of The Court for Immediate "Defaults + Final Judgements on A/Bets Flanders Defaults and for full Judgements of $300,000 + Triple Damages due to obstruction Justice for Plaintiff to Receive monies "Over Due" her for D.C.

Settlement w/ D.C. settlements monies (5)

If case of deficit of Margetta Langlois in 11/18/03 was corrected & this was sent in as Plaintiff did on 5/8/04 & All marked in by D.C. 5/4/04

Finally accepted 7/29/04 Proof of manufacturer Plaintiff provided to D.C. in July 04.

All 3 Def filed 4/14/04 M.L. w/ a case almost lost w/ 6 mo to fix "Deficits" — & refused to! This is NOT to "Snow Ball" case

Respectfully Submitted

3/20/05 Margetta Langlois
This case is fraud on 3 Def w/ no contingency agreements