U.S.D.A.
-Criminal- (1)

MARGETTA LANGLOIS Pro Se
v.
MICHAEL HUGO
SAMUEL POLLACK          04 CV 11588
ALBERT FLANDERS         JUDGE
                        ZOBEL

RE: MICHAEL HUGO —
DEFAMING SLANDER- Amended Suit -
REQUESTS FOR DEFAULTS ON
RE: MICHAEL HUGO — AND FINAL
                       JUDGEMENTS —

1). DUE TO DATE OF DISCOVERY
Lien is "FRAUD". I HAVE NO
CONTINGENCY FEE AGREEMENTS
w/ HUGO, POLLACK, & FLANDERS
OR HUGO AND POLLACK —

2). CONTINGENCY FEE AGREEMENT
w/ CRONIN, CROWLEY, & HUGO —
                    only
IF CROWLEY & CRONIN ARE
GONE, DEAD, WITHDRAWN
FROM LAW OFFICE, NEW

⑥

5) Michael Hu too Abused + Violated Clients Civil Rights to Collect Monies Due Her w/ Evid Provided from D.C. 2/18/05 Thru Staples Fax

Monies Pd out — "Lawyers Committed Perjury" under oath on 2/16/05 before Judge Zobel to Defame + Slander Plaintiff "Victim".

Obviously these Lawyers are neglecting other clients they represented who Also Lost out on monies to date See Pay out — That's why their firm Broke up — Enclosed Based on payments from D.C. And If Clients Deficent had been Corrected Client

Contigency fee need for Hugo & Pollack — Cases can not be bounced over, sold, transferred, taken over by new firm — w/out a new contingency fee agreement —

3). This is "Fraud" the law, + pure negligence on plaintiff's case due to no new contingency fee agreement w/ Hugo, Pollack, & Flanders, or Flanders & Pollack / Pollack & Flanders —

4). Perjury on Michael Hugo Mal-Practice + pure gross negligence of ineffective counsel due to deficit on D.C. w/ 11/18/03 notice — case will be lost 5/18/04

WOULD HAVE RECEIVED HER MONIES —

DUE TO OBSTRUCTION OF JUSTICE BY PERJURY FAILING TO REPRESENT CLIENT IN HER BEST INTEREST AND FAILURE TO SUBMIT ALL FILE PLUS (HOSP. REPORT PROVE PROOF OF MANUFACTURER ACCEPTED 7/29/04 by PLAINTIFF NOT ATTORNEY —

THE COURT SHOULD FIND
W/EVID 1) PERJURY ON DEF. D.C. HAYNES RE: NO
2) OBSTRUCTING JUSTICE OF CLIENT (PLAINTIFF, VIENIN) FROM MONIES DUE HER — + WOULD HAVE BEEN PAID BY NOW IF A.B.S. DIDN'T BY 11/18/03 ON THAT DAY—

Refusal & failure to give all Discovery stamped & Docketed by D.C. before 4/14/04

To verify lien v. M.S.

To provide NOT fraudulent - failure w/out a new Contingency Fee Agreement w/ Plaintiff with Hugo, Pollack & Flanders

w/ Cronin & Crowley fee agreement voided.

Therefore Court should find Michael Hugo of Michael Hugo, Pollack, & Flanders Civil Suit 04 C.V. 11588 Guilty of Perjury, misleading judge

Zobel by defaming Plaintiff "victim" by slandering her

w/ 1) No payments they know of to date - Perjury every lawyer notified of settlement

Deceit + not correcting it in his firm — as he is responsible for his brother's misconduct + unethical practices

"And to slander Plaintiff with her previous jail sentence (illegally) prisoned and he knew about it which is irrelevant + unethical as an attorney Poor ethic Court should find Michael guilty of all 15 charges in prior defaults entered by

"Victim" Plaintiff of $300,000 + Triple Damages + Now to Amend Defamation of Character to Slander ~~+ Defame~~ Plaintiff by Perjury + Misrepresentation of His own misconduct for another $500,000 — for Pains Suffering of Implant Leaking 30 yrs old — Badly Needed out w/ a lien of Frauds w/ nothing done only to hold up Funds

Margetta Lanflours 2/30/05

Court should punish to the extent of U.S.D.A. Criminal for Perjury, Obstruction of Justice, Conspiracy to make Ex-Client Lose case by Not Immediately Correcting Deficit — w/ P. Jaeckes ~~Hacker~~

Margetta Lanflours