cc: JUDGE R.W. ZOBEL (1)
for "HEARING" A.S.A.P. 3/7 - 3/10/05
Excl. [illegible]

FILED
CLERKS OFFICE
2005 MAR -2 P 1:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

MARGETTA LANGLOIS PRO SE
V.
MICHAEL ANGO —
SAMUEL POLLACK —
ALBERT FLANDERS —

04-CV-11588
JUDGE R.W. ZOBEL

* "REQUEST TO COMPEL COURT ORDERS FOR MOTIONS "FOR DEFAULTS + FINAL JUDGEMENTS" ON ALL 3 DEFENDANTS W/HEARING (A.S.A.P.) IN "OPEN COURT" RE: "DEADLINE OF DISCOVERY DUE 1/31/05 ON REC. DOCKET 04-CV-11588 BEFORE JUDGE R.W. ZOBEL" AND 10/21/04 ON REC. ALL DISCOVERY NEEDED FROM 8/20/04 TO DATE 3/1/05

NOTHING TO DATE — Ø TO DATE. 3 Def's Have Made JUDGE + Plaintiff Look Like Fools * PLAINTIFF NEEDED "ALL DISCOVERY" BY "3" DEFENDANTS FOR Depo's — 3/14/05 9:00 Am. REQUESTED By Plaintiff.

(MOTIONS Be Set Aside By Court Depo's) + (ORDERS DUE FOR DEFAULTS + FINAL JUDGEMENTS AGAINST ALL 3 DEFENDANTS + REFUSAL OF Discovery (w/ DISCRIMATION DUE TO JAIL) MY CASE WAS NEVER FILED TO D.C. TO Collect SETTLEMENT OF 6/15/04 — IF CASE HAD BEEN CORRECTED of Deficiencies by "1/8/03 + "ORIGINALS TO D.C. 3 Def. Have "NO EVID. NO DISCOVERY TO PROVE TO THE COURT THEIR (3 Def)



Actions were "Ethical" or to prove to Judge Zobel except for pacifying Judge Zobel & Plaintiff w/ "Perjury" as "Plaintiff has proved to the Court by 3 Def. w/ Defaults, & Final Judgements w/ No Appeals No Extensions by the Law!!! on "Defaults!!!" & by the Negligence, Incompetence, Malpractice — & Gross Negligence of Ineffective Counsel & Not Acting as "Attorney's Abiding by the Law & before Judge to Protect Clients Interest w/ Ms Helen Davis to testify — No Clients were "Falsely representing, Q monies Paid any of the X-Clients of Huto —

LET IT BE KNOWN TO JUDGE ZOBEL I HAVE LET D.C. CLAIMANTS RECEIVE MY NAME, ADDRESS, PHONE # TO ALL EX-CLIENTS OF (ANGO) + NOW POLLACK + FLANDERS IF W/ THEM — TO APPEAR BEFORE LIEN JUDGE TO TESTIFY AGAINST HUGO, POLLACK + FLANDERS FALSE + MISREPRESENTATION + GROSS NEGLIGENCE OF INEFFECTIVE COUNSEL W/ ANY OTHER "FALSE, ILLEGAL LIENS ON THEIR CASES FOR ALL " 3 DEF. TO APPEAR IN PERSON ALL 3 NOT 2 BEFORE LIEN JUDGE IN MICHIGAN, OR WHEREEVER HEARING + SANCTION 3 DEF. TO THE EXTENT AS THE COURT SHALL DEEM TO "EXTORTION" OF CLIENTS MONIES TO HOLD UP CLAIMANTS' CASES ILLEGALLY FOR "ILLEGAL LIEN" ON D.C. CASES

Before Judge D. P. Hood — [illegible signature]

MARGETTA LANGLOIS PRO. SE.

V.

MICHAEL HUGO -
SAMUEL POLLACK -
ALBERT FLANDERS.

04-C.V. 11588
JUDGE ZOBEL

(1)

FILED
IN CLERKS OFFICE
2005 MAR -2 P 1:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

REQUEST - COURT ORDER,
MOTION TO COMPEL BY PLAINTIFF

# SET OF #3 INTERROGATORIES OF 3 DEF'S (SEPARATELY, SIGNED, DATED) + 1 COPY TO COURT, + 1 COPY TO PLAINTIFF WITH 2 WKS. (14 DAYS) BY 1/15/05 DEADLINE

1) TO DATE NONE ANSWERED BY ALBERT FLANDERS OR SAMUEL POLLACK ON REC. #1 OR #2 SET. "DEFAULTS + FINAL JUDGEMENTS — NEEDED - A.S.A.P

2). NO DISCOVERY BY ALL 3 DEF. (NONE BY 1/31/05 "DEADLINE" "DEFAULTS + FINAL JUDGEMENTS — NEEDED ON ALL 3 DEF. A.S.AP.

3) PLAINTIFF HAS ANSWERED, ALL INTERROGATORIES - FROM DEF. (ALL ONE SIDED)

3 DEF. HAVE "NOT" COMPLIED W/ COURT'S DEADLINES 1/31/05 —— A.S.AP. DEFAULTS + FINAL JUDGEMENTS

Margetta Langlois
pro. se.
2/28/05

c.c. U.S.D.A CRIMINAL
c.c. HUGO
c.c. POLLACK
c.c. FLANDERS
} c.c. B.B.O. WEISBERG RE: 3 DEF.
c.c. D.C. JUDGE D. PITHOID
c.c. MS. HELEN DAVIS D.C. CLAIM ASSIST. AS WITNESS W/ D.C. FILE

FOR ALL 3 DEF'S TO ANSWER ALONE NOT IN "COLUSION" POLLACK, HUGO, + FLANDERS SEPARATELY, SIGNED + DATED. UNDER OATH AS ALL were suppose to Be — (8)

D.

HOW MANY TIMES HAVE EACH DEF MET W/ MS. MARGETTA LANGLOIS IN PERSON FROM 1992-2005? (EXCLUDING 2 COURT APPEARENCES (HUGO + POLLACK (NOT FLANDERS DEFAULTED COURT 2 XS).

2. HOW MANY TIMES DID YOU HEAR FROM PLAINTIFF BY LETTERS FROM. 1992 - 2005?

3). HOW MANY TIMES DID YOU HEAR FROM PLAINTIFF. BY LETTERS (IN JAIL) 1997-1999 —

4) HOW MANY TIMES DID YOU HEAR FROM MARGETTA LANGLOIS AFTER PRISON?

5). DID YOU 3 ALWAYS ANSWER MS. LANGLOIS' CALL WHILE IN JAIL 1997-1999?

6). DID YOU FILE PAPERS IN HER BEHALF IN DOW CHEMICAL CASE? (NOT DOW CORNING) DOW CHEMICAL?

7. WHAT WAS "OUT-COME" OF DOW CHEMICAL

8. WHY?, IS IT STILL ACTIVE? WHO FILED IT?

"ORIGINALS" WHY DID ALL 3 DEF. "IGNORE + "NEGLECT" D.C.'s LETTER TO "CORRECT" "DEFICIENCY?" "OF 11/18/03 WAS IT EVER CORRECTED? BY HUGO, POLLACK, OR FLANDERS OR ANYONE UNDER HUGO?

14) (BEING HEAD OF HUGO LAW FIRM.) ON MY '01 NON EXISTING CONTINGENCY FEE AGREEMENT SINCE WHEN?

15) WHEN DID DANIEL EMANUEL LEWIS LEAVE FIRM —?

16). I DID NOT EVER SIGN ANOTHER LEGAL + BINDING "CONTINGENCY" FEE AGREEMENT — DID I? — W/ HUGO? ______

A) W/ HUGO + POLLACK? ______
B). W/ HUGO, POLLACK + FLANDERS? ______
C). W/ POLLACK + FLANDERS? ______

17) HOW CAN POLLACK + FLANDERS OBTAIN MY FILE (WITHOUT KNOWLEDGE) OF EX-CLIENTS FILE AFTER "BREAK-UP" OF HUGO'S FIRM W/ DAVID E. LEWIS?

18). WHO GAVE MY D.C. FILE TO POLLACK + FLANDERS?

19). HOW DID POLLACK + FLANDERS OBTAIN

(5)

my files —

20.) A) IS MICHAEL HUGO GETTING ON (my CASE?) B.) A "KICKBACK" ON EACH CASE FROM MACK + RANDERS? "UNDER OATH!) AS EVERYTHING IS SUPPOSE TO BE THE TRUTH By all 3 DEF — ON REC

21). DID YOU 3 DEF EVER CONTACT DOW CORNING — OF MICHAEL HUGO'S FIRM BREAK-UP?

22). DID YOU 3 DEF. SEND "NEW CONTINGENCY fee AGREEMENTS" w/ PROOF TO D.C. w/ NEW FIRM ON CONTINGENCY fee AGREEMENTS w/ + TO OBTAIN LIEN TO "EXTORT + HOLD UP MONIES "ILLEGALLY" DUE TO CLAIMANTS —

23) Will you (3 DEF) Be ATTENDING PHYSICALLY BEFORE JUDGE Denise P. Hood w/ HEARING ON LIENS "Legally" + ILLegally ON D.C. CLAIMANTS Settlements? —

24). A) PLAINTIFF HAS PUT FOR "PHYSICALLY" HEARINGS BEFORE JUDGE'S LIENS HEARING w/ NEW CONTINGENCY FEE AGREEMENTS DO ANY EXIST w/ PLAINTIFF?

B) Do you 3 HAVE ANY "WRITTEN" CONSENTS"



"AMONG EACH OTHER" (HOW FLANDERS + "POLLACK") ATTY HUGO GAVE CLIENTS FILES OVER TO POLLACK + FLANDERS?

25). DID POLLACK + FLANDERS EVER SEND OUT LETTERS OR NOTIFICATION OF POLLACK + FLANDER'S OBTAINING EX-CLIENTS OF MICHAEL HUGO'S FIRM CLIENTS?

26). WHO WROTE LETTER TO DON CORNING TO "OBTAIN" + W/ WHAT PROOF

27) W/ OLD ADDRESS?

28) W/ NEW ADDRESS?

29) W/ NEW FIRM?

30) W/ WHAT EVID. TO OBTAIN "FALSE, FRAUD + ILLEGAL LIEN?

31) DID THE ATTORNEYS AT LAW OF POLLACK AND FLANDER'S EVER REPRESENT MARGETTA LANGLOIS? AFTER 3/04?

32). WHAT DID THE POLLACK + FLANDERS ATTORNEYS EVER SUBMIT TO D.C. "DEFICIENCY LETTER TO CORRECT IT BY "SENDING ORIGINALS OF PLAINTIFF TO D.C.? (AFTER 3/04?)

33) WHY NOT? BY POLLACK + FLANDERS

(ESPECIALLY) POLLACK KNOWINGLY KNEW AS OF 11/18/03 "DEFICIENCY" -

34). TO POLLACK -

WHY DID YOU NEVER "CORRECT 11/18/03 DEFICIENCY" EVEN AFTER TAKING FILE OF PLAINTIFF ON REC. W/ HUGO TO D.C.?

35) DID YOU (POLLACK + FLANDERS) EVER SEND D.C. A LETTER OF "NEW ATTORNEY'S ON REC."? (AFTER 3/04 up (TO 4/14/04) 4/14/04 - FIRED?)

PLAINTIFF HAD TO "LEGALLY" FIRE ALL "3" TO FIND OUT 2 MORE WEEKS — D.C. SAYS CASE WOULD HAVE BEEN "LOST" DUE TO "DEFICIENCY" 11/18/03 + NEVER CORRECTED 5½ MO. ON REC. W/ D.C. WHY NOT?

36). BECAUSE OF P.O. BOX 3091 HOLIDAY FLA. 34690 — EVER GIVEN TO D.C. BY ANY OF 3 DEF.? GIVEN TO HUGO'S OFFICE NOV. 99 — ON ENEV. BUT GIVEN TO MARGIE'S IN OFFICE OF HUGO NEVER SENT IT INTO D.C. OR LEFT NOTE TO HUGO / OR TO ALL LAWYER'S TO SEND TO D.C. SO CASE WOULD BE "LOST" DUE TO HUGO'S SEVERAL YEARS NOT

(8)

INTERESTED IN D.C. ON REC BY HUGO HIMSELF
WHY WEREN'T PLAINTIFFS CLAIMANTS EVER NOTIFIED OF LAWYER CHANGE OR WHO WAS BEING REPRESENTED BY + IF LETTERS WERE SENT OUT BY HUGO? POLLACK? OR FLANDERS BEFORE 03/04 (MARCH 04)?

37) + HOW MANY YEARS WAS HUGO NOT "INTERESTED" IN CASES?"

38) WHEN D.C. CASES WERE NOTIFIED TO ALL COUNSELS WERE TO SEND ALL CLAIMANTS CASES IN ?

39) BECAUSE CASES WERE IN "SHAMBLES" + NEGLECTED BY 3 DEF. COULD NOT BE SENT TO D.C. — ON REC. BEFORE JUDGE ZOBEL ON 10/21/04 + 2/16/05

POLLACK + HUGO UNDER OATH SAID THEY DID NOT KNOW OF "THEIR" + OTHER CLAIMANTS WERE — COULD HAVE RECEIVED MONIES BY 6/15/04 ON REC. W/ EVID —

SO POLLACK + FLANDERS STILL "NEGLECTED" CASES TO DATE BY NOT FILING CLIENTS



CASES "IN THEIR BEST INTEREST" TO RECEIVE MONIES DUE THEM. SOME OVER 13 YRS— DUE TO THE '3' DEF. Negligance + INCOMPETANCE WITH THE "MALPRACTICE" OF HUGO, POLLACK + FLANDERS— Have ANY OTHER OF THEIR Clients Got money?

40). How MANY WOMEN WERE REPRESENTED IN HUGO'S FIRM + BY HUGO? UP UNTIL THE BREAK UP OF FIRM + BEFORE. 1992-04 HOW MANY? FOR YEARS UNTIL SETTLEMENTS?— (No NAMES) (I WANT NUMBERS) To Be ANSWERED IS DEMANDED BY PLAINTIFF BY ALL 3 TO ANSWER—

41.) HOW MANY WOMEN COLLECTED WHILE HUGO'S FIRM – (HUGO REPRESENTED 1992 3/04 ?

42). HOW MANY (WOMEN) HAVE COLLECTED SINCE W/ POLLACK + FLANDERS?

43). HOW MANY WOMEN HAVE FIRED HUGO IN 1992-3/04? (NUMBERS) (NOT NAMES)

44). HOW MANY WOMEN HAVE TAKEN THEIR FILES LIKE PLAINTIFF DID AND FIRED



POLLACK + FLANDERS - ? TO DATE?

45). WERE ANY CLIENTS NOTIFIED WHERE THEIR FILES WENT IN LETTERS WHO HAD THEM?

46) DID THESE WOMEN ALSO GET "AMBIGUOUS" ALSO WHEN THEY FOUND OUT OTHERS GOT SETTLEMENTS AND YOUR CLIENTS DID NOT?

47) THEY ARE BEHIND PLAINTIFF AT THE BOTTOM OF LIST ON SETTLEMENTS DUE TO HUGO + POLLACK IN REC. 10/21/04 BEFORE JUDGE ZOBEL "NO CLIENTS CASES FILED BEFORE D.C. UP TO 10/21/04 ON REC.

IS THAT TRUE?

48). TO DATE - HAVE HUGO? POLLACK? FLANDERS? SENT CLAIMANT'S RECEIVED MONIES? (By my own doing) - AFTER I WAS "ACCEPTED" 7/29/04 By DC

49) TO DATE - HAVE HUGO? POLLACK? + FLANDERS? SENT ANY CLAIMS IN FOR CLIENTS FROM HUGO'S FIRM?

50) A) AND ACCEPTED WHEN?
B) W/ PROOF AND COMPLETED CASES?
C) W/ NEW CONTINGENCY FEE AGREEMENTS?

11)

D.) WITH "ALL" NEW CLIENTS UNDER THE NEW ATTORNEY'S AT LAW OF POLLACK + FLANDERS 3

E). WITH "WITNESS" FOR THE PLAINTIFF – VICTIM – (MS. HELEN DAVIS OF HEAD OF D.C. "EXPERT" CLAIMS ASSISTANCE WILL ANSWER ALL QUESTIONS + PROOF OF ALL LIENS "ILLEGAL + LEGAL AND D.C. RECORDS W/OR W/OUT NEW CONTINGENCY FEE AGREEMENTS –

F.) NEVER RECEIVED AND RULES TO FOLLOW TO QUALIFY BEFORE TO DATE AND TO QUALIFY FOR SETTLEMENTS FOR PAYMENTS ON 6/15/04 IS THAT TRUE (HUGO + POLLACK TO ANSWER AND W/ ALL "NOTICES TO COUNSEL'S REGARDING "SETTLEMENTS" THAT HUGO + POLLACK NEVER "ALLEGEDLY RECEIVED – ONCE AGAIN "PERJURY" IN FRONT OF JUDGE ZOBEL – W/ NOTICES SENT TO "ALL" ATTORNEYS –

ALL 3 DEF. ARE "DEMANDED TO ANSWER ALL QUESTIONS UNDER PAINS + PENALTIES OF "PERJURY" – TO COURT (1) COPY (1) COPY PLAINTIFF

12

W/IN 10 DAYS—
50 10
WITNESS LIST, EXHIBITS, PICTURES ON REC
MS. HELEN DAVIS WILL BE

FLOWN INTO MASS. FOR TRIAL BY JURY ON JUNE 20 2005 9:00 Am. & FLOWN BACK BY PLAINTIFF W/ "FREE" TICKET I HAD TO FLY 25,000 miles TO RECEIVE

PLAINTIFF WILL BE LOOKING FOR "ALL 3" ATTORNEYS WILL BE REIMBURSING PLAINTIFF W/ "FULL" FARE" FOR TICKET IN CASH W/ PAY— HOTEL (RENT CAR) — EXPENSES — WITNESS FEE FOR DAYS IN MASS. DUE TO WITNESS HAVING TO COME FROM HOUSTON, TEXAS—

DUE TO AN "ILLEGAL LIEN, & MALPRACTICE— CASE COULD HAVE NEVER BEEN "PROCESSED— UP TO 4/14/04 3rd LAWYER FIRED—

ALSO

IF PLAINTIFF- VICTIM HAS RECEIVED MONEY'S & PROVE "PERJURY ON ALL (3) DEF.

C.C. KINGO, POLLACK, & FLANDERS
CC: D.C. JUDGE D. P. HOOD W/ 3 DEF. PRESENTATION

FOR HEARING: 2/28/05

Marguerite Langlois pro se: