MARGETTA LANGLOIS p.p. Se.

v.

MICHAEL HUGO-
SAMUEL POLLACK -
ALBERT FLANDERS -

04. CV. 11588
Judge Zobel

TO: REQUEST BY PLAINTIFF
To Set Aside Depositions Set
for MARCH 14, 2005 9 A.m. DUE TO
"PERJURY" of 3 Def, FINAL JUDGEMENTS
By "DEFAULTS, only To:

"1). HARRASS AND TO THE
EXTENT — "2). INTIMIDATE — Plaintiff
w/ GAF' Depositions To STALL CASE —
I AM THE "VICTIM" WHO HAS
TOLD NOTHING BUT THE "TRUTH ALL
ALONG, Def. ONLY To COMMIT PERJURY, +
OBSTRUCTION WITHOUT NOTHING
IN THEIR Defense TO DATE 2/28/05.
PLAINTIFF ASKS THE COURT TO Set Aside
Dep's TIL A LEGAL, Binding, written-
CONTINGENCY fee AGREEMENT CAN BE
PROVIDED DUE TO THE "STRESS LEVEL," +
HEALTH PROBLEMS Plaintiff HAS

DUE TO 248S + Jail 92 99 + TO
DATE

Plaintiff CAN NOT SIT
STAND, for more THAN TO 15 minutes
AT ONE SITTING. + miGRANES ON
RECORD — I will SUBMIT
my "FAVORABLE decision +
Prescription List. —

Margetta Langlois
2/28/05 Pro Se

I sign under The pains
+ penalties of perjury —

Margetta Langlois
2/28/05 Pro Se