04 C.V. 11588

RE: MARGETTA LANGLOIS

NEW ADDRESS ON REC IS-

As of 3/11/05

MARGETTA LANGLOIS
NOT KATHY HAGAN
3 Thompson Court
Lowell, MASS 01851—

ATTORNEY ON REC — NOW

c/o Susan Pope
1094 Essex St
Bangor ME 04401