AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  Massachusetts

### APPEARANCE

Case Number:  04 - CV 1588

Langlois v Hugo et. al

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Margetta Langlois,
formerly a pro se plaintiff

I certify that I am admitted to practice in this court.

April 21, 2005
Date

Signature

Susan J. Pope    661202
Print Name              Bar Number

1094 Essex St.
Address

Bangor        ME        04401
City          State      Zip Code

978 - 413-9233
Phone Number            Fax Number