**PLASTIC SURGERY CLINIC OF TAMPA**
IAN. L. MATHESON, M.D.
PLASTIC AND RECONSTRUCTIVE SURGERY

(813) 224-9909
FAX (813) 229-8345

600 WEST M.L. KING BLVD.
TAMPA, FLORIDA 33603

DIPLOMATE OF
AMERICAN BOARD OF PLASTIC SURGERY


EXHIBIT
Langlois 17
5·19·05 DA

May. 19, 2005

TO WHOM IT MAY CONCERN:

RE: MARGETTA LANGLOIS

Patient is schedule to have a physical, (urinalysis, blood work, and EKG) on May 26, 2005 at 2:00 p.m.

Patient is schedule to have surgery on June 02, at 9:30 a.m. (removing old silicone breast impants and replacing with saline breast implants)

Patient will be unable to travel for 2 (two) weeks, after the date of surgery.

If I can be of further assistance, please do not hesitate to call.



Ian L. Matheson, M.D.

Telephone (617) 557-9631
Fax (617) 367-2832
p2digital@copycop.com

Christopher Bell

COPY COP

Pollack & Flanders
ATTORNEYS AND COUNSELLORS AT LAW

POLLACK & FLANDERS, LLP
50 CONGRESS STREET
SUITE 430
BOSTON, MA 02109
TEL: 617.259.3000
FAX: 617.259.3050

Ian N. McCallister