### RELEASE OF ALL CLAIMS AND SETTLEMENT AGREEMENT BETWEEN PLAINTIFF MARGETTA LANGLOIS AND DEFENDANTS SAMUEL POLLACK, MICHAEL HUGO AND ALBERT FLANDERS

**KNOW ALL MEN BY THESE PRESENTS**

1.  **THAT MARGETTA LANGLOIS** (hereinafter referred to as "Plaintiff"), being of lawful age and sound mind, for good and valuable consideration, receipt of which is hereby acknowledged, do hereby for myself, for my heirs, executors, administrators, successors and assigns, remise, release, acquit and forever discharge **SAMUEL POLLACK, MICHAEL HUGO AND ALBERT FLANDERS** and any and all of their heirs, executors, administrators, successors and assigns (any and all of whom are hereinafter referred to as "Defendants"), from any and all claims, demands, damages, actions, cause of actions of whatsoever kind or nature, known, unknown, suspected or unsuspected relating to allegations, facts, circumstances and/or events that are described within the civil action filed in the United States District Court, District of Massachusetts, titled "Margetta Langlois v. Samuel Pollack, Michael Hugo and Albert Flanders," civil action number 04-CV 11588;

2.  **THAT MARGETTA LANGLOIS** hereby agrees to dismiss, with prejudice, the civil action filed in the United States District Court, District of Massachusetts, titled "Margetta Langlois v. Samuel Pollack, Michael Hugo and Albert Flanders," civil action number 04-CV 11588;

3.  **THAT ALL PARTIES** understand and agree that this settlement is in compromise of a disputed claim and any and all known, unknown, suspected or unsuspected counterclaims relating to relating to allegations, facts, circumstances

1

and/or events that are described within the civil action filed in the United States

District Court, District of Massachusetts, titled "Margetta Langlois v. Samuel

Pollack, Michael Hugo and Albert Flanders," civil action number 04-CV 11588

and that the parties merely intend to avoid litigation by executing this release;

4.    **THAT ALL PARTIES** agree that this Release contains the entire agreement

between the parties hereto, and the terms hereof are contractual and not a mere

recital.  Parties state that they have carefully read the foregoing and know and

understand the contents and meaning of it and sign the same as their own free act

and deed;

5.    **THAT DEFENDANTS** agree to withdraw an attorney's lien placed upon

Plaintiff's settlement funds pending from the Settlement Facility of the Dow

Corning Trust (hereinafter referred to as "SFDCT"), said lien being placed upon

the settlement funds by Pollack & Flanders, LLP on April 19, 2004;

6.    **THAT DEFENDANTS** will immediately execute all necessary documents to

effect withdrawal of an attorney's lien placed upon Plaintiff's settlement funds

pending from SFDCT;

7.    **THAT DEFENDANTS SAMUEL POLLACK AND ALBERT FLANDERS**

agree to represent Plaintiff in her claim(s) with SFDCT;

8.    **THAT DEFENDANTS SAMUEL POLLACK AND ALBERT FLANDERS**

agree that attorneys' fees associated with representation of Plaintiff's claim(s) will

be 10% of any and all payments to be paid to the Defendant by SFDCT excluding

explantation compensation;

9.  **THAT DEFENDANTS** will immediately execute documents waiving any payment or right to payment Defendants have or may have in Plaintiff's explantation monies of $5000;

10. **THAT DEFENDANT MICHAEL HUGO** agrees to waive any fee that might have been due him from Plaintiff either from prior contingency fee agreement(s) or under the theory of quantum meruit;

11. **THAT DEFENDANTS** agree to pay any doctor's fee plaintiff incurs updating her disease claim forms for submission to SFDCT;

12. **THAT PLAINTIFF** agrees to update her medical reports immediately using either a physician recommended by Pollack & Flanders, LLP or a medical doctor of her own choice;

13. **THAT ALL PARTIES AGREE** Plaintiff may use, at her discretion, either her current counsel or an attorney of her choice to contact the law firm of Pollack & Flanders, LLP for updates on Plaintiff's settlement with SFDCT;

14. **THAT DEFENDANTS** will execute any documents necessary to allow counsel for Plaintiff to contact SFDCT directly for updates on the status on Plaintiff's settlement with SFDCT;

15. **THAT DEFENDANTS SAMUEL POLLACK AND ALBERT FLANDERS** agree to immediately withdraw Plaintiff's disease claim from review by the SFDCT in order to update Plaintiff's medical information;

16. **THAT PLAINTIFF** agrees and understands that there is **no** guarantee as to the amount of the disease payment due her from the SFDCT;

3

17.    **THAT ALL PARTIES AGREE** any party that fails to abide by the terms of this

settlement agreement will be responsible for all court costs and legal fees that the

other party incurs enforcing the terms of this settlement agreement.


This document is signed in multiple copies, with all parties receiving a signed

copy, each signed copy deemed to be an original.


**DATED: Friday, June 24, 2005**

On Behalf of Plaintiff,                        On Behalf of Defendants,
**MARGETTA LANGLOIS**                           **SAMUEL POLLACK**
By her Attorney,                               **ALBERT FLANDERS**
                                               **MICHAEL HUGO**
                                               By their Attorney,


_____               _____
Susan J. Pope, Esq.                            Samuel M. Pollack, Esq.
BBO No.: 661202                                BBO No.: 560617
1094 Essex Street                              Pollack & Flanders, LLP
Bangor, ME 04401                               50 Congress Street, Suite 430
t. (978) 413-9233                              Boston, Massachusetts 02109
                                               t. (617) 259-3000
                                               f. (617) 250-3050


Plaintiff,


_____
**MARGETTA LANGLOIS**
6/24/05